**Alfred A. Arraj United States Courthouse**

**901 19th Street**

**Denver, CO 80294**

| | |
|---|---|
| **PLAINTIFF** | **CASE #:** |
| SHERRY ANN WILEY | |
| Vs | **Hate** |
| | **Constitutional Rights** |
| **DEFENDANTS** | **Civil Rights** |
| **U. S. DEPARTMENT OF JUSTICE - CIVIL** | **Deprivation Rights Under** |
| **RIGHTS DIVISION** | **the Color of the Law** |
| Kristen M. Clarke, Director of the Dept. of Justice | **Espionage** |
| Civil Rights Div., Responsible for her staff | **Antitrust Crime** |
| | **Fraudulent Misreputation** |
| **U. S. SBA** | **Defamation, Libel&Slander** |
| Kelly Loeffler, Director of U.S. SBA | **Malicious Prosecution and** |
| Antonio Doss, Former Director of the U. S. SBA | **Criminalization** |
| Nick Razpara, | **Malicious Stalking** |
| Carolyn Terrell, Former SBA employee; Consultant | **Identity Theft** |
| to Larimer County, CO, SBDC | **Human Trafficking/Slavery** |
| | **Conspiracy Laws** |
| **LARIMER COUNTY SMALL BUSINESS DEVELOPMENT CENTER** | **Collusion** |
| Hope Hartman, Director | **Falsification** |
| Terri MacDonald, Assistant Director | **Obstruction of Justice** |
| Carolynn Terrell, SBA Consultant | **HIPAA & Privacy Rights** |
| | **Violations** |
| **U. S. SBA ADVOCACY** | **Destroyed my Reputation,** |

S.A.W.

Chip Bishop, Deputy Chief Counsel

Major L. Clark III, Senior Adviser/Procurement/Small Business

Stephenie Fekete, Office of Interagency Affairs Director

Linwood Rayford, Food, Drug & Health

Janis Reyes, Labor & Immigration

Jenifer Smith, Banking & Economic Regulations

David Mullis, Intellectual Property/Internet/Telecommunications

Will Purcell, Veterans Issues

Tom Rossomando, Regional Affairs Director`1

Trent Staggs, Region 8 Advocate

Geoffrey Grove, Special Advisor

redtape@SBA.gov

MySBA.com Loan Portal

**Creditability, Demonized me Nationally**

**DEPARTMENT OF ENERGY, GOLD FIELD OFFICE**

Derek G. Passarelli, Director, Gold Field Office

Daniel Dial, FOIA Officers

**U. S. DEPARTMENT OF ENERGY, WASHINGTON D. C.**

Anthony Cruz, Assistant Inspector General, Office if Inspections, Intelligence Oversight & Special Projects

Alexander Morris, FOIA Public Liaison

**UNITED STATES FEDERAL BUREAR OF INVESTIGATIONS (U.S. FBI)**

Kash Patel, Director of the U. S. FBI

Overseer of Agents behavior in Honolulu, Hawaii; Birmingham, Alabama; Harvey, Louisiana; Sandusky, Ohio; Indiana; North Kansas City, Missouri, and Loveland, Colorado.

**OFFICE OF THE DISTRICT ATTORNEY, 8TH JUDICIAL DISTRICT**

Gordon P. McLaughlin, responsible for his staff

**DENVER INTERNATIONAL AIRPORT**

Philip A. Washington, CEO of Denver international Airport, Responsible for his staff

Adrina Gibson, Chief Officer of DSBO (Denver Small Business Office), Responsible for her staff

Anne Parker, Supervisor, Responsible for her staff

Elly Bacon, Director of Certification and Capacity Building

Cindy Connolly, Certification Specialist

Josh Ortega, Certification Analyst

Rafael Borjas, Certification Manager

Steve Martinez, Certification Analyst

Marina Logachev, Compliance Manager of Denver International Airport Responsible for her staff

Sam Meza, Disadvantaged Business Enterprise (DBE) Program Manager, Responsible for his staff

**8500 Pena Blvd**

**Denver, Colorado 80249**

**CLAY COUNTY MISSOURI SHERIFF DEPARTMENT CCW PERMIT OFFICE**

Will Akin, Sheriff for Clay County, Missouri, Responsible for his Sheriffs in the CCW Permit Office

**GENERAL SERVICES ADMINISTRATIONS (GSA)**

Robin Carnahan, Director of GSA, Responsible for employees of the following

Federal Service Desk (FSD.gov)

SAM.Gov

**COLORADO DEPT. OF MILITARY AND VETERAN AFFAIRS**

Major General Lauren L. McClellan, responsible for her staff

Bruce Cowan, Division of Veterans Affairs Director for the Department of Military and Veterans Affairs

**COLORADO DIVISION OF VETERAN AFFAIRS**

**NATIONAL ASSOCIATION OF COUNTY VETERANS SERVICE OFFICERS**

Bruce Cowan, State Veterans Service Officers

**LARIMER COUNTY COMMISSIONS OFFICE**

John Kefalas, District 1

Kristin Stephens, District 2

Jody Shadduck-McNally, District 3

**LARIMER COUNTY VETERAN SERVICE OFFICE**

Keith Gilbert

Savannah Townsend

Trisha Reynolds, Supervisor

Duffy Laudick

**WELD COUNTY VETERAN SERVICE OFFICE**

Tom Gonzalez

**LOVELAND POLICE DEPARTMENT**

Tim Dorian, Chief of Police for Loveland Police Dept.

SGT Patrick Musselman #25-2845 report

Officer Kongberg, and others, #LP25-0001801report

Catalina Rodriguez Olivas, #LP2025021210 report

Officer Ake, Refused to do a report

**COLORADO APEX**

Patrick McGlew, Program Manager/Exec. Director

Beth Ann Taylor, Deputy Director

Jim Kidd, Senior Procurement Counselor

John Papil, Senior Procurement Counselor

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**



**Jorgensen Brownell & Pepin**

Ann Jorgensen, Managering Partner

Andrew Benefiel, Business Attorney

**CANVAS CREDIT UNION**

Chad Shane, CEO of Canvas Credit Union, Responsible for his staff at the Loveland office and Fort Collins Office

**KIVA**

Michael McDonnel, Executive Director

Dani Tafallo, Capital Access Manager, Colorado Springs, CO location

**ALTCAP**

Reuben Alonso, III – CEO of AltCap

John Teasdale, Senior Business Development Officer

**HUNTINGTON NATIONAL BANK**

Stephen D. Steinour, Owner, Chairman, President of Huntington Bancshares Incorporated

Samuel White, III, Vice President – Lift Local Business Program Manager

Christine L. Carbajal, Supervisor

Nick Roark, Business Loan Dept.

David L. Fox, Supervisor

Donya Khoshnam, Asst Vice President/Branch Manager

Justin L. McAlpin, Asst Vice President/Branch Manager

3900 Park East Drive, Beachwood, OH 44122

4027 E. 9th Ave, Denver, Colorado 80220

**FACEBOOK - META PLATFORMS, INC**

Mark Zuckerberg, Owner/CEO/Chairman

1 Hacker Way, Menlo Park, 94025 CA, United States of America

## Defendant's Names and Address

**U. S. Department of Justice – Civil Rights Division**

**950 Pennsylvania Avenue, NW, Washington, DC 20530**

Kristen M. Clarke, Director of the Dept. of Justice, Civil Rights Div., Responsible for her staff

**U.S. SBA**

**409 3rd St., SW, Washington, DC 20416**

Kelly Loeffler, Director of U.S. SBA

Antonio Doss, Former Director of the U. S. SBA

Nick Razpara, Assistant to Antonio Doss

**Blanca Peak, 4616 S Shields St #151, Fort Collins, CO 80526**

Carolyn Terrell, Former SBA employee; Consultant to Larimer County, Colorado - Small Business Development Center

720-988-4612 mobile

**LARIMER COUNTY SMALL BUSINESS DEVELOPMENT CENTER**

**Blanca Peak, 4616 S Shields St #151, Fort Collins, CO 80526**

Hope Hartman, Director

Terri MacDonald, Assistant Director

Carolyn Terrell, U.S. SBA Consultant

**U.S. SBA ADVOCACY, OFFICE OF ADVOCACY**

**409 3rd St, SW, Washington, DC 20416**

Chip Bishop, Deputy Chief Counsel

Major L. Clark III, Senior Adviser/Procurement/Small Business

Stephanie Fekete, Office of Interagency Affairs Director

Linwood Rayfor, Food, Drug & Health

Janis Reyes, Labor & Immigration

Jenifer Smith, Banking & Economic Regulations

David Mullis, Intellectual Property/Internet/Telecommunications

Will Purcell, Veterans Issues

Tom Rossomando, Regional Affairs Director

Trent Staggs, Region 8 Advocate

Geoffrey Grove, Special Advisor

redtape@SBA.gov  (Deliver to Chip Bishop)

MySBA.com Loan Portal (Deliver to Chip Bishop)

Page 7 of 153

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

**DEPARTMENT OF ENERGY, GOLDEN FIELD OFFICE**

**15013 Denver West Parkway, Golden, Colorado  80401**

Derek G. Passarelli, Director, Gold Field Office

Daniel Dial, FOIA Officers

**U. S. DEPARTMENT OF ENERGY, WASHINGTON D. C. 20585**

Anthony Cruz, Assistant Inspector General, Office if Inspections, Intelligence Oversight & Special Projects

Alexander Morris, FOIA Public Liaison

---

**UNITED STATES FEDERAL BUREAR OF INVESTIGATIONS (U.S. FBI)**

**935 Pennsylvania Ave., NW., Washington, DC 20535-0001**

Kash Patel, Director of the U. S. FBI

Overseer of Agents behavior in Honolulu, Hawaii; Birmingham, Alabama; Harvey, Louisiana; Sandusky, Ohio; Indiana; North Kansas City, Missouri, and Loveland, Colorado.

**OFFICE OF THE DISTRICT ATTORNEY, 8TH JUDICIAL DISTRICT**

**201 Laporte Ave # 200, Fort Collins, CO 80521**

Gordon P. McLaughlin, responsible for his staff

**CLAY COUNTY MISSOURI SHERIFF DEPARTMENT CCW PERMIT OFFICE**

**27 S. Main Street, Liberty, Missouri 64068**

Will Akin, Sheriff for Clay County, Missouri, Responsible for his Sheriffs in the CCW Permit Office

**GENERAL SERVICES ADMINISTRATIONS (GSA)**

**1800 F Street NW, Washington, D.C., U.S.A**

Robin Carnahan, Director of GSA, Responsible for employees of the following

Federal Service Desk (FSD.gov)

SAM.Gov

**COLORADO DEPT. OF MILITARY AND VETERAN AFFAIRS**

**6848 South Revere Parkway, Centennial, CO 80112**

Major General Lauren L. McClellan, responsible for her staff

Bruce Cowan, Division of Veterans Affairs Director for the Department of Military and Veterans
        Affairs

**COLORADO DIVISION OF VETERAN AFFAIRS**

**NATIONAL ASSOCIATION OF COUNTY VETERANS SERVICE OFFICERS**

 **155 Van Gordon St, Suite 201, Lakewood, CO 80228**

Bruce Cowan, State Veterans Service Officers

**LARIMER COUNTY COMMISSIONS OFFICE**

**200 W. Oak Street, Fort Collins, CO 80521**

John Kefalas, District 1

Kristin Stephens, District 2

Jody Shadduck-McNally, District 3

**LARIMER COUNTY VETERAN SERVICE OFFICE**

**200 W Oak St 5th floor, Fort Collins, CO 80521**

Keith Gilbert, VSO Officer

Savannah Townsend, VSO Officer

Trisha Reynolds, VSO Supervisor

Duffy Laudick, VSO Officer

**WELD COUNTY VETERAN SERVICE OFFICE**

**315 N 11th Ave, Greeley, CO 80631**

Tom Gonzalez, VSO Officer

**LOVELAND POLICE DEPARTMENT**

**810 E 10th St, Loveland, CO 80537**

Tim Dorian, Chief of Police for Loveland Police Dept.

SGT Patrick Musselman #25-2845 report

Officer Kongberg, and others, #LP25-0001801report

Officer Catalina Rodriguez Olivas, #LP2025021210 report

Officer Ake, Refused to do a report

**COLORADO APEX**

**310 S 14th St, Colorado Springs, Colorado 80904**

Patrick McGlew, Program Manager/Exec. Director

Beth Ann Taylor, Deputy Director

Jim Kidd, Senior Procurement Counselor

John Papil, Senior Procurement Counselor

**JORGENSEN, BROWNELL & PEPIN**

**5285 McWhinney Blvd #100, Loveland, CO 80538**

Ann Jorgensen, Managering Partner

Andrew Benefiel, Business Attorney

**KIVA MICROFUNDS**

**182 Howard Street, Suite 414**

**San Francisco, CA 94105  and**

**Prairie Rose Development/KIVA**

**16765 County Road 3, Kirk, CO 80824**

Dani Tafallo, Capital Access Manager

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

Michael McDonald, Executive Director, KIVA & Prairie Rose Development

**CANVAS CREDIT UNION**

**9990 Park Meadows Dr, Lone Tree, CO 80124**

Chad Shane, CEO of Canvas Credit Union, Responsible for his staff at the Loveland office and
Fort Collins Office

Taylor Zeigler, Business Representative

Sean Andersen, Branch Manager

Alyssa Delarue, Fort Collins Branch Mnager

**ALTCAP**

**300 E 39th St, Kansas City, MO 64111**

Reuben Alonso, III – CEO of AltCap

John Teasdale, Senior Business Development Officer

**HUNTINGTON NATIONAL BANK**

**41 S High St, Columbus, Ohio**

**3900 Park East Drive, Beachwood, OH 44122**

Samuel White, III, Vice President – Lift Local Business Program Manager

Christine L. Carbajal, Supervisor

Nick Roark, Business Loan Dept.

David L. Fox, Supervisor

**4027 E. 9th Ave, Denver, Colorado 80220**

Donya Khoshnam, Asst Vice President/Branch Manager

**2090 S University Blvd, Denver, CO 80210**

Justin L. McAlpin, Asst Vice President/Branch Manager

**FACEBOOK - META PLATFORMS, INC**

**1 Hacker Way, Menlo Park, CA 94025 and 1601 Willow Road, Menlo Park, CA 94025**

Mark Zuckerberg, Owner/CEO/Chairman

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

United States of America

_____

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

## GOVERNING FEDERAL AUTHORITIES; CITATIONS; AND FEDERAL RULES PERTAINING TO THIS CASE.

---

**Title 28 U.S.C. section 1343 (1)(2)(3)(4)**

"[A civil rights lawsuit alleging that defendant(s) acting under Color of State Law, deprive you of a right secured by federal law or the Constitution]"

(a) The District Court shall have original jurisdiction of any civil action authorized by law to be commenced by any person

(1) To recover damages for injury to his person or property, or because of the deprivations of any right or privilege of a citizen of the United States by 11 any act done in furtherance of any conspiracy mentioned I Section 1985 of 12 Title 42.

**TITLE 42**

"…(3) Depriving persons of rights or privileges…, any act in furtherance 15 of the object of such conspiracy, whereby another person or property, or 16 privilege of a citizen of the United States, the party so injured or deprived 17 may have an action for the recovery of damages occasioned by such 18 injury or deprivation, against any one or more of the conspirators." (Cornell Law School/Law.cornell.edu/us)

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

**28 U. S. Code Section 1331 – Federal Question**

"The district Courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States. (Cornell Law School/Law.cornell.edu/us)

**HATE**

"Constitutional law, particularly the U.S. First Amendment, does not define "hate" speech as a distinct legal category but protects it as a form of free expression, though it is not absolute. Speech that incites violence, constitutes a true threat, or is considered "fighting words" is unprotected. Laws against "hate crimes" define hate as bias against protected characteristics such as race, religion, national origin, gender, sexual orientation, or disability, but this applies to criminal acts, not mere speech. "

"… Hate defined by Constitutional Law".  Examples of hate speech: This includes statements that vilify, humiliate, or promote malicious stereotypes against a group based on protected characteristics like race, religion, sexual identity, gender identity, ethnicity, or disability.

Speech versus action: This protection applies to the expression of ideas. A person cannot be prosecuted simply for holding hateful beliefs or expressing them."

**Unprotected speech**

- **Incitement to imminent lawless action**: Speech that is likely to produce immediate illegal behavior is not protected.

- **True threats**: Statements that express a serious intent to commit an unlawful act of violence against a particular individual or group are not protected.

- **Fighting words**: Speech that is personally abusive and likely to provoke an immediate violent reaction is not protected.

- **Hostile environment harassment**: In specific contexts like workplaces, speech that creates a hostile work environment based on protected characteristics is a form of unlawful discrimination.

**Hate crimes**

- **Definition**: These are criminal acts (like assault, vandalism, or murder) that are motivated by a victim's perceived or actual race, color, religion, national origin, sexual orientation, gender, gender identity, or disability.

- **Constitutional distinction**: The government can prosecute the act itself, and the hate motivation becomes an aggravating factor. However, the "crime" is the violent or harmful act, not the biased thought or speech behind it.  (Google search – "… Hate defined by Constitutional Law".

- https://www.google.com/search?q=hate+defined+by+constitutional+law&rlz=1C1GCEA_enUS1181US1181&oq=hate+defined&gs_lcrp=EgZjaHJvbWUqCAgBEEUYJxg7Mg4I

ABBFGCcYORiABBiKBTIICAEQRRgnGDsyBggCEEUYOzIGCAMQRRg7MgcIBB

AAGIAEMggIBRAAGBYYHjILCAYQABgWGB4YxwMyCwgHEAAYFhgeGMcDMg

0ICBAAGIYDGIAEGIoFMg0ICRAAGIYDGIAEGIoF0gEJOTAzNWowajE1qAIIsAIB

8QXQ9YEI-Rl6d_EF0PWBCPkZenc&sourceid=chrome&ie=UTF-8.)

This AI definition from Google search of HATE CRIME defines the actions of each defendant in this case. Each defendant Falsely vilified me. Falsely Portrayed me as a person with diminished, challenged mental capacity.  Falsely Called me a theft, and published it committing libel, slanderous, and defaming false statements publicly to co-workers, and published it in their data bases, ruining my reputation, and ruining my credibility.  This was done because each defendant saw, was told or was alerted, that the Retaliatory, false information that the Birmingham Police Department and their affiliates and the U. S. Department of Justice Civil Rights Division allowed to stay those federal data bases knowing it was a retaliatory action because I sued the Birmingham Police Department, et. al.; the defendants saw and understand directly or indirectly by word of mouth, slander, libel or defamation, that they and their affiliates got away with trying to steal my company, my life and my identity, that they tried to kill me and cover it up, and the U. S. Department of Justice Civil Rights Division helped them do it – then they can find a way to benefit from this egregious action as well.  The U. S. Department of Justice Civil Rights Division Marked me as a target, because of their gross negligence.  This was deprivation of my Rights under the Color of Law, because the female agent, The Birmingham Police Department and their affiliates, and I did also initially, expected me to die.  But God said "No", and I'm still here. Thank God.

## Constitutional Rights

"Constitutional rights are the *fundamental liberties and protections guaranteed to individuals by the U.S. Constitution and are defined by constitutional law.* The most prominent are found in the <u>Bill of Rights</u> (the first ten amendments), which includes rights like freedom of speech, *the right to bear arms, and protection from unreasonable searches and seizures.* Constitutional law also involves the interpretation of these rights, how they are applied to the states, and other powers and limits of the government.

**Key examples of constitutional rights**

- **First Amendment:** Guarantees freedoms of speech, religion, the press, and the right to assemble and petition the government.

  I was denied free speech regarding ALL OF THE False malicious information and FALSE malicious documents uploaded into federal data bases about me. FOIA denied me the opportunity to correct or have this hate-filled information Known to me and denied me the opportunity to have it REMOVED. So ALL of the defendants felt it was okay to violate ALL of my rights.

- **Fourth Amendment:** Protects against unreasonable searches and seizures, generally requiring a warrant for government intrusion.

  The defendants felt it was okay to invade my Privacy, and invade my HIPAA Rights by searching and research the derogatory information that is available in all federal data bases that the U. S. Dept of Energy, OIG and their FOIA departments also uploaded into

Page 17 of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

S.A.W.

more data bases furthering the lies, the hate, stealing my identity, trying to steal my company, and stealing my life.

Also, by the abuse of this Amendment in this case that the U. S. Department of Justice Civil Rights Division knew about – allowed the previous criminals to try to steal my Government Stipend Check that President Donald Trump awarded to each citizen during the first months of COVID Pandemic 19 January 2020 through June 2020. My checking account ATM card was repeatedly used trying to access my checking account by trying to reset my password with USAA. USAA froze my account and put a fraud alert on my account to protect my money.

- **Fifth Amendment:** Provides several protections, including the right against self-incrimination and protection against double jeopardy.

I was denied this Right and this opportunity to defend myself against ALL of the False accusations, False actions, False documentation, False statements that all of the defendants made, stated and what was place in all federal data bases; that the U. S. Department of Justice Civil Rights Knew about and ignored because the female agent thought I would be dead soon, so why do the paperwork. The defendants used that same information to further destroy my TRUE identity, try to Steal my company's TRUE ownership and identity. The defendants grossly knew they had abused their authority because no one said a word to me about it, but acted as if the information was trued and treated me as such, knowing I had no clue what they were talking about. I was silently prosecuted initially by the retaliatory actions of the Birmingham Police Department and their affiliate's; by the U. S. Department of Justice Civil Rights Department; by

the FOIA dept of the U. S. Department of Energy, their OIG and their Secret Service Department. Now all of the defendants have added to this hate whether by denying me services using this derogatory information or discriminating against me and allowing someone else to use my credentials to benefit from the services I sought.

- **Sixth Amendment:** Guarantees the right to a speedy and public trial, the right to a jury, and the right to legal counsel.

I was denied this in the past, so the fact I was denied, gave them confidence to continue the abuse and commit hate crimes, theft of my identity and theft of my companies.

**Seventh Amendment** - Provides the right to a jury trial in civil cases.

I was denied this right in Hawaii – Honolulu; Alabama-Birmingham; Louisiana; Ohio – Columbus and Akron; Indiana; and Missouri's U. S. District Courts.

**Eighth Amendment** - Says that the Constitution did not include every right that Americans have. If rights were not listed in the Constitution, that does not mean that Americans do not have those rights.

The OIG for the Department of Energy said that "someone else" was the owner of my hatchery. The Director said he "saw" me sign the form giving this person ownership. I repetitively asked him to send me a copy. To show me, because I've never signed

anything giving anyone authority over my companies. He wouldn't. FOIA wouldn't. So their FALSE deprivatory actions gave the defendants cause or the green light to discriminate against me as well. The defendants' actions are Deprivation of my Rights under the color of law. They all knew what was posted was a lie. No body asked me nor asked me to confirm or deny what's posted in federal data bases. So for someone else to claim ownership for my companies is the defendants actin in a collusionary state with these thieves. No one asked me.

**Thirteenth Amendment** - Made slavery illegal in the United States. Also made involuntary servitude (being forced to work, often for very little pay) illegal, except as punishment for a crime.

All of the defendants are guilty of this. All of the defendants have stated or by their actions given "someone else" authority or allowed them to use my credential, my name, to steal my companies, steal my identity, and steal my freedoms, life and liberties under the Constitution of Law. They in unity and solidarity supported the lies, falsehoods and people claiming ownership of my companies. All of the defendants are guilty of violating this amendment.

• **Fourteenth Amendment**: Includes the Due Process Clause, which ensures that states cannot deprive any person of life, liberty, or property without due process, and the Equal Protection Clause.

This 14th Amendment was previously egregiously denied to me so the defendants abused their authority and deprived me of living my life free and as a normal citizen, destroyed my liberties, tried to steal my property by saying I sold my companies and I'm trying to steal them back, villainized me, criminalized me, without any type of due process. Stopped my livelihood. Prevented me from working my companies, getting contracts, and getting any type of funding, thus stopping me from supporting myself, putting food on my table, depriving me of life and or the Quality of life, depriving me the liberty working the property of my companies. Including animal cruelty.  My dog is being deprived of the benefits he relies on me to provide for him.

**How they are defined and enforced**

- **The Constitution as supreme law:** The Constitution is the supreme law of the land, and any laws that contradict it are considered invalid.

By this sole definition I had/have the right to defend myself from every action caused by the defendants.

- **Judicial interpretation:** The meaning and application of these rights are interpreted by courts, which play a key role in ensuring that government actions and laws are consistent with the Constitution.

- **Amendments:** While many rights are in the Bill of Rights, the Constitution has been amended 27 times, expanding and refining these protections.

- **Inferred rights:** Some rights, like the right to privacy, are not explicitly listed in the Constitution but are inferred from the "penumbras" of other rights, as interpreted by the

Page **21** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

courts." – (Constitutional Rights defined by Constitutional Law. – Google AI Search.

https://www.google.com/search?q=constitutional+rights+defined+by+constitutional+law

&sca_esv=e88d928ee76a2e23&rlz=1C1GCEA_enUS1181US1181&sxsrf=AE3TifOlSJ5

Buvk2Uewrk8I8uOQF7SMAKw%3A1761701201416&ei=UW0BabWRGfPD0PEPy8d

M&ved=0ahUKEwj1_b2yoMiQAxXzITQIHcsjEwAQ4dUDCBE&uact=5&oq=constitut

ional+rights+defined+by+constitutional+law&gs_lp=Egxnd3Mtd2l6LXNlcnAiM2Nvbn

N0aXR1dGlvbmFsIHJpZ2h0cyBkZWZpbmVkIGJ5IGNvbnN0aXR1dGlvbmFsIGxhdzIF

ECEYoAEyBRAhGKABMgUQIRigATIFECEYnwUyBRAhGJ8FMgUQIRifBUiBkAF

QmAhYjl9wAXgBkAEAmAG3A6AB2SGqAQo0LjE2LjUuMC4xuAEDyAEA-

AEBmAIYoAKNHMICChAAGLADGNYEGEfCAggQABiABBiiBMICBRAAGO8Fw

gIIEAAYogQYiQXCAgQQIRgKmAMAiAYBkAYIkgcGNC4xNS41oAfiX7IHBjMuMT

UuNbgH7BvCBwowLjUuMTYuMi4xyAd8&sclient=gws-wiz-ser.)

My Right to Privacy has been explicitly abused by all of the defendants.


## Civil Rights

Civil rights are legal rights that guarantee individuals equal treatment and protection under the law, regardless of characteristics like race, gender, religion, or disability. They are established through laws and constitutional amendments to protect citizens from discrimination and ensure they have the same opportunities and freedoms as others. These rights can include the right to vote, own property, use public facilities, and access education and employment without discrimination.

**Key aspects of civil rights**

- **Protection from discrimination:** Civil rights are primarily about protecting people from discrimination based on their membership in a protected class, such as race, sex, religion, or national origin.

- **Legally enforceable claims:** They are legally enforceable claims or privileges. When a civil right is denied or impaired, the injured party can seek legal action for redress.

- **Created by law:** Unlike civil liberties (which protect against government interference and are often found in the Bill of Rights), civil rights are created by statutes and constitutional amendments to ensure equal treatment.

- **Vary by location:** What constitutes a "civil right" can vary from one nation to another, as they are an agreement between a citizen and their state or nation.

- **Examples of civil rights:**

  o The right to vote

  o The right to due process and equal protection of the laws

  o The right to enter into contracts and own property

  o Equal opportunity in employment, housing, and education

  o The freedom to live and travel in one's country" – (Google search, "Civil Rights". https://www.google.com/search?q=defination+of+civil+rights&rlz=1C1GCEA_e nUS1181US1181&oq=defination+of+civil+rights&gs_lcrp=EgZjaHJvbWUyBgg AEEUYOTIJCAEQABgKGIAEMgkIAhAAGAoYgAQyCQgDEAAYChiABDIJ

Page **23** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

CAQQABgKGIAEMgkIBRAAGAoYgAQyCQgGEAAYChiABDIJCAcQABgK GIAEMggICBAAGBYYHjIKCAkQABgKGBYYHtIBCDczMjVqMGo3qAIAsA IA&sourceid=chrome&ie=UTF-8)

**Collusion**

**Collusion in law refers to a secret agreement between two or more parties to defraud a third party or to gain an unfair advantage. It typically involves parties with conflicting interests cooperating to manipulate market conditions or achieve illegal objectives. Key components of collusion include:**

- **Secret Agreement: The parties must have a secret understanding or agreement to work together.**

- **Deceptive Nature: The cooperation must be concealed from the public or competitors.**

- <u>**Unlawful Objective: The goal of the agreement must be to achieve a fraudulent or illegal outcome, such as price fixing or manipulating market prices**</u> **– ("Collusion", by Google search. -** <u>**definition of collusion in law in legal clarity - Search**</u>**).**

**White Collar Crimes – Clayton Anti-Trust Act – Monopolization**

"...of 1914, codified as 15 U.S.C. 12-27, outlaw the following: Price discrimination; conditioning sales on exclusive dealing; mergers & acquisition when they may substantially reduce competition; serving on the board..."

**Anti-Trust Collusion** Page 7 of 27 - **Sherry Ann Wiley vs ECDI et. al., In the United states District court for The Southern District of Columbus, Ohio Civil Division.**

"... A collaborative agreement, usually secret, amongst rivals to prevent open 1 competition through deceptive means in order to gain a market advantage. The parties 2 may collide by agreeing to fix prices, limit or resist supply, share insider information." (A 3 form of Espionage) (Cornell Law School/Law.cornell.edu/us)

**18 U.S. Code 1028 Fraud and Related Activity in connection with Identification Documents, Authentication Features and Information:**

**(a) Whoever, in circumstance described in subsection (c) of this section**

(1) Knowingly and without lawful authority produces an identification document, authentication feature, or a false identification document.

(2) Knowingly transfer an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authentication...

S.A.W.

(3) Knowingly possesses with intent to use unlawfully or transfer unlawfully five or more identification documents (other than those issued lawfully for the use of the possessor) authentication features, or false identification documents…

**(4)** Knowing possesses an identification document (Other than one issued lawfully for the use by the possessor) authenticate features, or a false feature, or a false identification document with the intent such document or feature to be used to DEFRAUD THE UNITED STATES…

Knowing transfer; possess or uses, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or commit, or in connection with, any unlawful activity that 18 constitutes a violation of federal law, or that constitutes a felony under any 19 state or local law. (Cornell Law School/Law.cornell.edu/us)

This would also include Ohio Governor Mike Dewine's new law he signed into existence January 2, 2023 named SWATTING that is also punishable by law. Submitting or reporting false information or a hoax to a government entity; government official; police officer or state or federal affiliate agency. So, this should cover both state and federal law regarding Fraud, Theft Identity Theft, Intellectual Property theft Libel and Defamation, since U, S. SBA; the U.S. FBI; U. S. Department of Energy, placed this derogatory information into their Ohio Database that's viewed by all ECDI financial employees and considered by all other Ohio CDFI's who use this database.

**Disreputable Conduct Section 19.196 before the OCC includes:**

(a) Willfully or recklessly violating or willfully or recklessly aiding and abetting the violation of any provision of the Federal Banking or Applicable code.

## Fraud

Section 1344 Title 18 United States Code covers any scheme to defraud occurring on or about October 12, 1984 modeled after mail fraud statue.

It proscribes the use of a scheme or artifice either to defraud a federally chartered or insured financial institution or to obtain any of the monies, funds, credits, assets, securities or other property owned by, or under the control of, such an institute. **(Cornell Law School/Law.cornell.edu/us)**

This applies because I emailed my application and supporting document to Denise Hicks, ECDI and between her actions and Joseph Armstrong, ECDI Actions they falsified my information and placed this libelous, defaming, identity theft, antitrust collusion, etc., information into their, ECDI's Database that viewed by all CDFI's, the U. S. Dept. of the Treasury, and other organizations they have interjected their employees in.

## Espionage

"…Is the crime of spying or secretly watching a person, company, government, etc., for the purpose of gathering secret information or detecting wrong doing, and to transfer such information to another organization or state." (Cornell Law School/Law.cornell.edu/us)

Regarding my entire application, meetings and phone calls with Administration listed above, requiring me to divulged my ingredients, which I didn't do, was all a ploy to steal my information and give it someone else for their use to benefit their company. My allegations also included Industrial and Economic Espionage since they demanded to know my ingredients and used Jessica, of the Ohio Dept. of Agriculture to strong arm me to divulge to her before I even secured my warehouse they were supposed to approve the loan for me to get.

**Embezzlement**

This applies to everything I listed above and is very relevant, because it's rumored that the loan was approved and given to someone else under my name and my company's name, Restore & Evolve, LLC, by random people in the community who followed me around.

**Malicious Prosecution**

"The distinction is important because for state law claims for malicious prosecution, the plaintiff must prove malice, that is, "ill will," or an intent to harm. But for federal claims, as for example under 42 USC § 1983, there is **no requirement that the plaintiff show malice**." – Bing. federal statue for malicious prosecution - Search

Cornell Law School: Deprivation of Rights:

"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the

jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. (R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.)".

42 U.S. Code § 1983 - Civil action for deprivation of rights | U.S. Code | US Law | LII / Legal Information Institute

Regarding Thompson vs Clark Malicious Prosecution Case, federal civil rights statute, 42 U.S.C. § 1983, "Favorable Termination".

" … To succeed, a plaintiff must demonstrate that the criminal proceedings against them ended in their favor, but federal circuit courts were split on what this meant. Some courts required a plaintiff to show the case was dismissed in a way that indicated their innocence, a high bar when prosecutors dropped charges without explanation." The Thompson v. Clark Malicious Prosecution Case – Legal Clarity

**Falsification**

S.A.W.

"Falsification in a legal sense means making something false by altering, manipulating, or misrepresenting information, documents, or records with the intent to deceive. This can include changing or omitting data, making false statements, or forging documents to mislead others or obstruct justice. It is considered a serious offense, often categorized as a white-collar crime and a form of forgery.

**Key components of falsification:**

- **Alteration or manipulation:** Physically changing a document, record, or material (e.g., mutilating, adding to, or changing data) to make it false.

- **False statements:** Intentionally providing a statement that is not true, such as a false claim, representation, or testimony.

- **Concealment:** Hiding or covering up a material fact through any trick, scheme, or device.

- **Intent:** A crucial element is the intent to deceive, defraud, or impede an investigation.

- **False documents/writings:** Creating or using any document or writing that is known to contain a false statement or entry.

**Examples of falsification in legal contexts:**

- **Research misconduct:** Manipulating research data or results so that they are not accurately represented in the research record.

- **Financial fraud:** Intentionally misrepresenting financial information in documents submitted to a government agency.

- **Obstruction of justice:** Altering, concealing, or falsifying a record or object to impede a federal investigation or case.

- **Impersonation:** Using a falsified document, such as a fake ID, to represent oneself as another person.

- **False testimony:** Deliberately lying under oath, which can lead to perjury charges." – ("Falsification", Google search. https://www.google.com/search?q=falsification+legal+definition&sca_esv=490573eed39ba66d&rlz=1C1GCEA_enUS1181US1181&sxsrf=AE3TifMrNQ9MXZi0CQ4xsj0Q0vBWYbXmgw%3A1761839699667&ei=U4oDacO_KPS-0PEPjrzdqQI&oq=falsification+law+definition&gs_lp=Egxnd3Mtd2l6LXNlcnAiHGZhbHNpZmljYXRpb24gbGF3IGRlZmluaXRpb24qAggCMgYQABgIGB4yCxAAGIAEGIYDGIoFMgsQABiABBiGAxiKBTILEAAYgAQYhgMYigUyCBAAGIAEGKIEMgUQABjvBTIIEAAYgAQYogRI_ipQlQNY4Q9wAXgBkAEAmAGiAaABgQSqAQMwLjS4AQHIAQD4AQGYAgSgAtsDwgIKEAAYsAMY1gQYR8ICDRAAGIAEGLADGEMYigXCAgcQIxiwAhgnwgIGEAAYBxgewgIHEAAYgAQYDcICCBAAGAcYCBgewgIGEAAYDRgemAMAiAYBkAYKkgcDMS4zoAe4I7IHAzAuM7gHvgPCBwcyLTEuMS4yyAc-&sclient=gws-wiz-serp).

Falsification by this definition into records and documentation into city, county and State data bases started with the Birmingham, Alabama Police Department. Stalking me when I walked my dog Loki in 'my' neighborhood 3-4 times a day saying I was a menace, was libelous, slander, and defaming. Ruined my reputation. That information was uploaded into city, county, state, law enforcement data bases. Then when I was kidnapped, gassed, drugged and raped, when they attempted to kill me and almost succeeded, their "affiliates" colluded and further lied, created false court records and medical records, dumping these lies also into my VA medical records. Documentation and false records that was uploaded into more city, county, and state data bases, when they stated I was a threat to society.

These records were further uploaded into community data bases which rewrote my entire life's history. Stopped any future I had getting funding for my hatchery or even running my company. Stole my hard -earned medical reputation. I had recently completed 2 Professional Graduate

Level Certifications in Advanced Pathophysiology: Hematology and years earlier; my Graduate Level Certification in Advanced Pathophysiology: Intro. to Pathology, from the University of Kentucky: School of Nursing, CE. I was formerly classroom certified as a Phlebotomist, with 3 years collectively of undergraduate coursework in Cell Biology Sciences and Biological Psychology online with one semester from Harvard Extension College for Theology. *These lies erased all possibility of me continuing into being a Nurse Practitioner; Physician Assistant; or going to Medical School.* All my hard work obliterated because these criminals wanted to steal my fin and shell fish hatchery I had just launched and moving towards securing 50% – 70% of all Fin and shellfish federal contracts in sam.gov, because I checked off 4 of the 5 boxes that narrowed the field for me. Veteran. Female. Minority. Disadvantaged. The 5th being Disabled that *before* this incident I didn't qualify for. *After* this kidnapping and attempted murder, I qualified under Disabled. *Disabled don't mean incapable. I was just severely injured but still able to function.*

*The U. S. Department of Justice Civil Rights Division knew these lies were uploaded now into federal data bases, as well as State, City, County, courthouse records and now community data bases.* This information was inserted into church and community data bases that served the community. ( i.e. Food Banks, church Food and Clothing pantries, other community data bases.) They ruined my credibility, ruined my reputation, ruined all possibilities of me getting funded for my hatchery; ruined me getting into medical school or any other medicinal licensure. The U.S. Department of Justice, Civil Rights Division knew this. They knew it was fraud, collusion, HATE, and discrimination. They knew this was a white -collar crime and antitrust law concerns. They knew it was a Criminalizing me and an abuse under Deprivation of rights under the color

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

of law. *They knew this would open up the door for me to be a target for all other gang members and criminals going forward.* The *defendant's actions further colluded, used this false information to discriminate against me, further defame, libel and slander me.* Further to set me up and steal my companies and say I work for them, which was initially unbeknownst to me, and is Slavery. So much so, that the clay County Sheriff CCW Permit Sheriff Deputy felt no remorse when she lied, committed a felony, and took my fingerprints I just had submitted to her via their machine for my CCW Permit Application, and changed my citizenship, my life, from U.S.A. to the Country of HUNGARY, and later, on November 6th, 2024 day after President Donald Trump was elected President, when I went in to pick up my CCW Permit, lied to me and told me to go to immigration or to I.C.E. to get it corrected. These Sheriff Deputies colluded together and committed this felony, because they had knowledge that the U. S. Dept, of Justice Civil Rights Division allowed the Birmingham Police Department, and others, to upload falsified information into the U.S. FBI data base, why not them. I am a target.

**Obstruction of Justice**

Obstruction of justice is the crime of willfully interfering with the legal process, which includes actions that hinder an investigation, a court proceeding, or a law enforcement officer. This can involve a wide range of conduct, such as destroying evidence, tampering with witnesses or jurors, making false statements to investigators, or threatening or harming officials. The specific laws and penalties vary by jurisdiction, but the intent is to protect the integrity of the justice system.

**Examples of obstruction of justice**

- **Tampering with witnesses or jurors:** Threatening, intimidating, or bribing a witness or a juror.

- **Destroying or altering evidence:** Getting rid of or changing documents, records, or other evidence related to a crime.

- **Hindering law enforcement:** Lying to investigators, refusing to provide information, or providing false information to impede an investigation.

- **Resisting officers:** Physically resisting an officer or hindering them from serving a warrant or making an arrest.

- **Giving false information:** Knowingly providing false statements during an official investigation or legal process.

**Key aspects**

- **Requires an ongoing legal proceeding:** Obstruction of justice can only occur when there is an existing investigation, trial, or inquiry.

- **Varying penalties:** The severity of the charge and the resulting punishment depend on the jurisdiction and the nature of the obstructed case, ranging from misdemeanors to felonies.

- **Broad scope:** Many different actions can be considered obstruction, as laws are designed to protect the entire truth-seeking process. (Obstruction of Justice – Google search. https://www.google.com/search?q=define+obstruction+of+justice&rlz=1C1GCEA_enUS 1181US1181&oq=define+obstruction+of+justice&gs_lcrp=EgZjaHJvbWUqDggAEEUY Jxg7GIAEGIoFMg4IABBFGCcYOxiABBiKBTIICAEQABgWGB4yCAgCEAAYFhge MggIAxAAGBYYHjIICAQQABgWGB4yCAgFEAAYFhgeMggIBhAAGBYYHjIICAc QABgWGB4yCAgIEAAYFhgeMggICRAAGBYYHtIBCTEzMDQ0ajBqN6gCCLACAf EFkuSad85Y-ik&sourceid=chrome&ie=UTF-8.)

-

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

All of the defendants are guilty of this. When they discriminated against me. When they submitted into their perspective data bases false, defaming information regarding me and my companies.

## HIPAA (Health Insurance Portability Accountability Act)

A HIPAA violation is any failure by a covered entity or its business associate to comply with the Health Insurance Portability and Accountability Act (HIPAA), such as unauthorized access, use, or disclosure of Protected Health Information (PHI). Violations can stem from unintentional mistakes or willful neglect, and can include mishandling, improper disposal, and lack of safeguards or training. Consequences can range from financial penalties to legal action, notes Sprinto.

**Examples of HIPAA violations**

- **Unauthorized disclosure of PHI:** A healthcare worker discusses a patient's condition in a public area or shares their information on social media.

- **Improper disposal of PHI:** Discarding paper records without shredding them or failing to properly delete digital files from devices.

- **Inadequate security measures:** Theft of a device like a laptop or USB drive that contains unencrypted PHI.

- **Failure to conduct risk analyses:** Not performing regular assessments to identify vulnerabilities in the organization's security and privacy safeguards.

- **Insufficient workforce training:** Employees not being adequately trained on HIPAA policies and procedures.

- **Delayed or missing breach notification:** Not informing the affected individuals or the Department of Health and Human Services (HHS) about a data breach in a timely manner.

- **Denying or delaying patient access to their own records:** An organization failing to provide a patient with access to their health information in a timely manner.

- **Non-compliance with <u>Business Associate Agreements</u>:** A business associate failing to meet their obligations under a signed agreement. ("HIPAA" Google search. - https://www.google.com/search?q=define+HIPAA+law+violations&sca_esv=b8281854a 4bc4e84&rlz=1C1GCEA_enUS1181US1181&sxsrf=AE3TifMnYEC9wCHotqEFSDFD VTg1zxfxwQ%3A1761860154896&ei=OtoDaZO9Np_VkPIPkqWOsA8&ved=0ahUKE wiTwrTF8MyQAxWfKkQIHZKSA_YQ4dUDCBM&uact=5&oq=define+HIPAA+law+ violations&gs_lp=Egxnd3Mtd2l6LXNlcnAiG2RlZmluZSBISVBBQSBsYXcgdmlvbGF0 aW9uczIFECEYoAEyBRAhGKABMgUQIRigATIFECEYoAEyBRAhGKABMgUQIRir AjIFECEYqwJI1oABUM4HWPl9cAF4AZABApgB9wGgAY0mqgEHMTEuMjEuNLgB A8gBAPgBAZgCIaACoiTCAgoQABiwAxjWBBhHwgINEAAYgAQYsAMYQxiKBcI CChAjGIAEGCcYigXCAgYQABgWGB7CAgUQABiABMICChAAGIAEGBQYhwLC AgcQABiABBgKwgIIEAAYgAQYsQPCAgQQIxgnwgIOEAAYgAQYsQMYgwEYigX CAgQQABgDwgILEAAYgAQkQIYigXCAgsQABiABBixAxiDAcICCxAAGIAEGIY DGIoFwgIIEAAYgAQYogTCAggQABiiBBiJBZgDAIgGAZAGCZIHBzEwLjE4LjWgB 5XnAbIHBjkuMTguNbgHjCTCBwgwLjEuMjcuNcgHuQE&sclient=gws-wiz-serp.)

-

The violation of my HIPAA Rights, Constitutional Rights, Privacy Rights, started with the Birmingham Police Department and their affiliates. Then with the U. S. Department of Justice Civil Rights Division. It was further obliterated by the U. S. Dept of Energy – their OIG employees, their Secret Service employees, and then FOIA. Then when I sued them in East New Orleans Louisiana U. S. District Court approximately May 5th or 11th, 2021, these federal employee agencies further obstructed justice and violated my HIPAA Rights by adding more hate-filled information and falsifying letters and documents to further erase my TRUE history, reputation and my life and my companies' ownership and credibility. All of this lies and hate in

federal, state, city, county and community data base nationally, and maybe globally seeing VA military records are accessible to overseas VA hospitals and facilities.

**Privacy**

What privacy?  All of my TRUE information is either buried, didacted, or deleted from my personal, military and any business files and filled with Hate, Defamatory information, and Falsified documents.  This covers ALL defendants.  Information I don't have access too, but every Colorado VSO has access to true and falsified medical records in my VA files that I did not authorize and the employees, commissioners, the state level commanders, directors or managers will not remove access.

Every defendant in this case including FACEBOOK has access to some derogatory information that someone else has uploaded about me into FEDERAL State, city, county community data bases that I can't access.  FACEBOOK has their own data bases and I can't even appeal their statements of me personally and my business facebook accounts defamatory and derogatory information, that they say isn't fit for their community so I'm permanently blocked.  I can't access or appeal.  This is nothing less than HATE and a privacy violation.

Not to mention that they have access to the federal falsified documents as well.  THAT I CAN'T Get FOIA to give me a copy of.  A copy of MY OWN FILES AND INFORMATION ABOUT ME in federal data bases.  This is nothing less than Privacy violations and HATE.

A privacy rights law violation is the unauthorized collection, use, disclosure, or intrusion into an individual's personal information or private affairs, which breaks laws designed to protect those rights.  Examples include unlawfully accessing someone's records, using their image or name for profit without consent, disclosing private facts, and failing to implement adequate security measures to protect sensitive data. These violations can result from both intentional actions and unintentional negligence.

Types of violations

- **Unreasonable intrusion:** Physical or electronic intrusion into a person's private life, such as searching their home or secretly recording them.

- **Appropriation:** Using someone's name or likeness for commercial gain without their permission.

- **Public disclosure of private facts:** Publishing truthful but private information that a reasonable person would find highly objectionable.

- **False light:** Publicizing facts that place a person in a false and offensive light.

- **Unauthorized data practices:** This includes collecting, processing, or sharing personal data in a way that violates privacy laws, such as sharing data without consent or failing to secure it properly.

Common examples

- **Data breaches:** A data breach is a type of violation where an external actor gains unauthorized access, but the term can also refer to internal mishandling.

- **Unauthorized sharing:** Sharing a customer's personal information with a third party without their consent or for a purpose not stated in the privacy policy.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

- **Misleading practices:** Making false claims in a privacy policy or misrepresenting how data is being used.

- **Failure to respond:** Not properly responding to consumer requests regarding their personal data, as required by laws like the CCPA.

Legal and financial consequences

- **Fines and penalties:** *Violations can lead to significant financial penalties, such as the billion fine levied against Facebook by the FTC.*

- **Litigation:** Individuals can sue for damages, and legal costs can be substantial for the offending party.

- **Injunctive relief:** A court can order a company to stop a particular practice.

- **Requirement to change policies:** Violators may be required to change their security policies and data handling procedures. ("Privacy Rights Violations" – Google search. - https://www.google.com/search?q=define+Privacy+rights+law+violations&sca_esv=b8281854a4bc4e84&rlz=1C1GCEA_enUS1181US1181&sxsrf=AE3TifOaKvVrp4por7K2Hqc4CJh4viPWzw%3A1761861214359&ei=Xt4DabTeFYTg0PEPq9bWiQ4&ved=0ahUKEwi0hc2-9MyQAxUEMDQIHSurNeEQ4dUDCBM&uact=5&oq=define+Privacy+rights+law+violations&gs_lp=Egxnd3Mtd2l6LXNlcnAiJGRlZmluZSBQcml2YWN5IHJpZ2h0cyBsYXcgdmlvbGF0aW9uczIFECEYoAEyBRAhGKABMgUQIRigATIFECEYoAFIxpIBULAJWN1tcAF4AZABAJgB4AGgAakVqgEGMy4xNi4xuAEDyAEA-AEBmAIToAKcE8ICChAAGLADGNYEGEfCAgcQIxiwAhgnwgIIEAAYgAQYogTCAgYQABgNGB7CAgsQABgAGAQYChgeGAgYHsICCBAAGKIEGIkFwgIIEAAYgAQYGMMEwgIKECEYoAEYwwQYCpgDAIgGAZAGCJIHBDMuMTagB4VFsgcEMi4xNrgHHjBPBCBwgwLjExLjcuMcgHPQ&sclient=gws-wiz-serp.)

Just to be clear. I had no knowledge that these false/retaliatory/defaming records had been uploaded globally into ALL Federal; State; City; County; Community data bases; FOIA; and data bases that corporations like VA, and FACEBOOK uses. Companies that complete background

checks utilizes theses law enforcement data bases to identify a person or company. I couldn't believe that FBI agents, police officers, sheriff deputies, congressmen, government agencies, OIG personnel, Secret Service for U. S. Dept of Energy, would collude and conspire and upload FALSE/ DEFAMING/ information into these data base; and the when I reach out to the U. S. Dept of Justice Civil Rights division for help – THEY ACCEPT and take my case. Investigates. Fires 37 Birmingham Police Offices, The Birmingham Police dept Chief, Forced retired the judge, and indirectly told me that a attorney was disbarred, BUT DO NOT REMOVE THE RETALIATORY/ FALSE/ DEFAMING/ IDENTITY STEALING INFORMATION THEY UPLOADED INTO FEDERAL DATA BASES about me and my companies, because they thought I would be dead soon from the severe injuries I attained when the Police Department and their affiliates, KIDNAPPED ME; Gassed/drugged and RAPED me; never reading me my Maranda Rights.

The U. S. Department of Justice civil right division affirmed there was a severe crime they had done to me, but didn't charge them criminally. They did not reverse their criminal actions against me. Only fired them, and forced retired the judge and debarred one attorney I'm indirectly told by the agent.

---

*Now comes this unique case of Gross Negligence by the U. S, Department of Justice – Civil Rights Division, and the aforementioned stated allegations against the Defendants listed. This Gross Negligence by the U. S. Department of Justice – Civil Rights Division not only protecting federal and state agencies and employees allowing my identity to be further taken*

*away from me, they are actively prosecuting me under this false identity and have criminalized me obliterating and ruining my true identity and reputation, to the extent that my three companies I started in Birmingham, Alabama in January 2020, S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC; Restore & Evolve, LLC, I started in Centerton, Arkansas in December 13, 2021; and ABSALON, LLC, I started in North Kansas City, Missouri on May 28, 2024, and I are severely being affected. Quality of Life gone. Freedoms, gone. I am not a prisoner nor a felon. I'm not a criminal, but because of The U. S. Department of justice -Civil Rights Division Gross Negligence, and the aforementioned allegations, I'm being treated as such, and they're protecting them.*

Approximately May 8, 2020, Birmingham, Alabama, the U. S. Department of Justice- Civil Rights Division, **Accepted my case against the Birmingham, Alabama Police Department and their Affiliates. If they would have REVERSED all of the Retaliatory, falsified, information that they and their affiliates put in ALL federal data bases and VA medical files and data bases used and shared by ALL federal databases and VA my life would be better. Instead, they knew the information was defaming, malicious and WRONG/Falsified and proven this, but they left it because the agent who accepted my case, thought I would dead within a month from the injuries I incurred, and she didn't want to do the paperwork. So, by her actions of knowing and leaving this wrong/false/defaming/life altering, identity stealing information in ALL Federal databases, my life and everything I have worked years for and studies for in college and in the military are now obliterated. Stolen. And now also, all of this wrong/false/defaming information is now openly made**

available on any City and County databases that does any background checks, identity checks, citizen status checks on me. My life has been turned upside down and there is no Quality of Life.

The female investigator who accepted my case from the U.S. Department of Justice, Civil Rights Division, thought I would be dead soon from my physical, mental and chemical assault from the police department and their affiliates the 43 DAYS I was kidnapped, drugged, gassed-raped, and chemically damaged by the Police department and their affiliates. My Miranda Rights were never spoken to me. I was never arrested. I was taken and kidnapped. I feel she felt it was pointless to do all of that paperwork because she felt, (and I and everyone else felt), I would be dead soon from all of the injuries I incurred, so there was no point. BUT GOD saw fit to allow me to live, and through Faith, Prayer, knowledge of nutritional beverages, medicine, and certain Medicinal Plants, today I'd say about 95% of all damages have been reversed. Glory to GOD!

I'm a target by all of the defendants today and for the last 5 years, because "Big Brother", the U. S. Department of Justice Civil Rights Division, HELPED the Birmingham Police Department and their affiliated, KIDNAP me, drug, gassed and raped me, stole my identity, stole my grants, stole my fish hatchery regarding the grant from the U. S. Dept of Energy, and these government entities refuse to give me a copy of any requested data from FOIA to prove this. So, by the Defendant's open actions of the above allegations, in every city, every state (8 total states), I have moved too since March 19, 2020, I run into new government employees who uses the same

data bases, to further steal my identity, my companies, my freedoms, and my life. I will prove this open Hatred and all of the other allegations stated in this Complaint.

The defendants saw that the U. S. Dept of Justice Civil Rights Division HELPED the Birmingham Police Dept by NOT REVERSING THEIR RETALIATORY ACTIONS, AND THEIR AFFILIATE'S ACTIONS, but only fired them. They didn't charge any of them criminally. They knew they had collaboratively committed felonious assaults against me that physically, mentally and chemically hurt me and they let them get away with it. So, the listed defendants saw that the dept of justice civil right division helped the Birmingham Police Department get away with attempted murder, then they can get away with it also. Why not follow in their footsteps. Big brother will protect them.

March 19, 2020; 12+ Officers, plus others, from the Birmingham Police Department **and their affiliates,** KIDNAPPED, drugged, gassed and raped me; chemically assaulted me, and held me for 43 days. My Miranda Rights were never read to me when they picked me up. There was no legal reason for me to have been picked up.

I filed a lawsuit against the Birmingham Police Department on February 14, 2020. Their officers were stalking me as soon as Loki, my dog and I would leave my apartment while I walked him for his bathroom trips three to 4 times a day. We had just moved to the neighborhood so we initially walked through the neighborhood so we could get familiar with our surroundings. I quickly learned that the guys waiting at the bus stop and on the corners were drug guys selling to

cars that pulled up. I thought we were safe, because we always saw police driving by us or driving a block away from where we were walking, so I didn't pay the guys on the corner any attention. I later understood that they were a part of and worked for the neighborhood gangs, and it was an undeclared rule that no one walked in the neighborhood. The police enforced this. So when we moved into our apartment November 2019, and Loki and I exercise by walking up to 6 to 10 miles a day, we were a distraction. So, the gang and the police watched us. During this time, I had no idea of what was happening. I didn't realize we were being stalked and hunted. I was working on getting my company, S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC launched and financed. I was going through S.C.O.R.E. and U.S. SBA in Birmingham, Alabama.

September 3, 2019, I met with U. S. SBA during their seminar and met with S.C.O.R.E. November 7, 2019. I was going through their process to get my hatchery off the ground and funded. So I was attending seminars and meetings. They decided not to help me. They said I would be too successful (paraphrased), and I wasn't even from Alabama. They said "no" they weren't going to help me.

January 1, 2020, I launched my new company, S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC, which allotted me 50% - 70% of all of the fin fish and shell fish contracts in SAM.GOV, all over the nation, because I am a minority, black, female, honorably discharged veteran. I checked off 4 of the 5 boxes for accelerate consideration for contract bids. At that time, at that level, there were only 7 fin fish and shell fish companies of that magnitude in the United States. Mine used green energy which was **later** conducive and under consideration for a $3 - $7

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

million dollars grant from the U. S. Department of Energy Pilot Program that was stolen from me using my company, my name and credentials, and my grant application. I was removed from the grant and it was given to someone who stole my identity BECAUSE OF THE KIDNAPPING, Rape incident from the March 19, 2020 – May 1, 2020, that I wrote to the U. S. Department of Justice Civil Right Division for help. Because of their negligence and not reversing the retaliatory actions of the Birmingham Police Department, whomever this person was/is, stole my identity, my company, followed me to Louisiana, and stole my grant, and the OIG for the U.S. Department of Energy, The U. S. Dept. of Energy, U. S. SBA and other government agencies helped them do it. With the help of the U. S. Department of Justice Civil Rights Division, this false/wrong/retaliatory information was placed into ALL FEDERAL DATA BASES, and trinkled down to city and county data bases in every state (8 total) in moved too trying to start my life over.

If the U.S. Department of Justice Civil Right Division had Reversed their retaliatory actions and convicted them of kidnapping, assault, (attempted murder), rape, identity theft, theft of a company, fraud, espionage, antitrust, and everything listed above, etc., and removed all of the lies that were put in government data bases, then I would not be a target **still.** My life would not still be in turmoil, and I would not be in mental anguish for an identity that is not mine. I would not be a victim of stolen grants from the U. S. Department of Energy. Government agencies like Clay County Sheriff Department, Missouri, would not openly and on purpose CHANGE my Country of Origin from Cincinnati, Ohio, USA to the Country of Hungary and notify me

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

November 6, 2024, the day after President Donald Trump becomes U. S. President and orders I.C.E. to start deportation actions.

October 21, 2024, when I went to the Sheriff's CCW Permit office to turn in my CCW Permit application and pay the $100 fee, that they now advertise online for $10. I was called to come pick up my permit on November 5, 2024, day of the Presidential election, but I worked the Elections Polls in Jackson County, Missouri as a "Stand-By Presidential Elections Ballor Judge worker." And could not leave my apartment just in case I was called to come in as a replacement for one of the many Election Polls locations in Jackson County, Missouri.

Because I have been an open target for the last 5 years, because of the botched, gross negligent investigation and action that was taken by the U. S. Department of justice Civil Rights Division, May 2020, that has DOMINOED in ALL FEDERAL DATA BASES including V.A. That government employees won't give me a copy of the information through FOIA; and other avenue of requests, for instance when I asked Antonio Doss, the then U. S. SBA Director, who has now taken an administrative position with the U. S. Dept of Energy, the very department that STOLE my grant, my identity, my company with the help of the OIG for the Department of Energy, and their Secret Service.

Today, my Quality of Life is minimal, because my identity is still stolen with no resolution of fixing it, after numerous tries through U. S. District Courts in Alabama, Louisiana, Ohio, Indiana, Missouri, and now Colorado, these last 5 years.

All these court cases I won because no one provided an Answer and I submitted the correct paperwork to the court to win by default and requested that the perspective judges grant summary default, but told by the clerks if I came to the courthouse they would have me arrested by the U. S. Marshalls.

The Judge's JA, denied my request for a Side Bar with the judge. Even when I called the U.S. Appeal Court and made them aware of my Appeal from the U.S. District Court and send them a copy of the U. S. District court's stamped copy that I had for my records, to show that I filed an Appeal. I then notified the U.S. District Court, but never heard back from the U.S. Appeal Court in Washington D.C. after they'd confirmed they received my Appeal. Nothing.

If the U. S. Department of Justice Civil Rights Department had removed their retaliatory actions after they kidnapped etc., none of this would be happening today. I wouldn't have a target on my back. Banks, U. S. SBA, government agencies, law enforcement would not regard me as a free-walking prisoner with no Constitutional, no Civil or no Human Rights. My true identity would not be stolen.

September 3, 2019, I went to U. S. SBA and S.C.O.R.E. for funding. I was later told that the Director and Assistant Director retired, and started or were investors in a fin and shell fish hatchery. This was after everything had happened, almost a year or 2 later.

March 19, 2020, I was kidnapped from my apartment in broad daylight by 12+ Birmingham Police Department and their affiliates. I was severely physically assaulted and damaged. They almost killed me.

March 19, 2020 – May 5, 2020. I appealed my case against the Birmingham Police dept because it was dismissed. I had been kidnapped and unable to work my case, even though I spoke to the judge who presided over my case against the police dept. He recused himself from my case, because I called him for help.

Approximately May 5th, 2020, the U.S. Department of Justice, Civil Rights Division, called me to tell me they were ACCEPTING MY CASE. We spoke at length. I was severely damaged and in a lot of pain. She told me to get healthy and to watch the news.

Approximately May 28th, 2020, as I was watching the news, Judge Allen King, was forced retired as long time standing Judge in Birmingham, Alabama.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

Approximately, June 5, 2020, 38 Birmingham Police Department Police Officers, the Chief of Police and a few others, were fired. **But None of Them Were Charged**. I almost died, and none of them were charged. Even when I returned home and I stilled walked Loki, my dog, in different areas and to the park, they kept following us around. They were still stalking us. I went to the Mayor's Office and the FBI's office. They followed me there. These agencies did nothing.

Approximately January 2020, The FBI agent of that day told me, "You moved here from out of town...moved somewhere else." He told me if I didn't like it there to move to another state. This along with several other incidents was the reason I filed a lawsuit against the Birmingham Police Department approximately, February 14, 2020.

Approximately, June 20, 2020, I packed up my home and Loki, my dog and I relocated to Louisiana. I was severely physically hurt and damaged, but a little better than I was a month prior, and new police officers and gang members were still stalking us.

The U. S. Department of Justice Civil Rights Division *Never reversed the retaliatory/False/Fake records about me that they created and put in ALL federal data bases about me.* I felt they didn't reverse it because she (the agent) expected me to die from the damages I incurred from the kidnapping, rape, and attempted murder.

What I didn't know is that from this incident, the officers, and others who were involved, put in all federal, state, county data bases derogatory information, lies, and false/fake medical information in these data bases, STEALING MY IDENTITY; STEALING MY FISH HATCHERY; STOPPING MY LIVELIHOOD, and pretty much my entire existence as a retaliatory act against me.

If the U. S. Department of Justice, Civil Rights Division, had reversed, ALL OF THE DAMAGES that was done to me, REVERSED ALL OF THE FAKE/FALSE REPORTS that were made against me in the federal data bases that they knew had been uploaded. **REVERSED** ***ALL OF THE FAKE/FALSE REPORTS*** medically and in VA data systems, my life would not have been INSIDIOUSLY turned upside down and taken away from me through this FALSE/FAKE information in Federal, State, County, data bases ***NATIONALLY/GLOBALLY***.

I understand some government agencies have "Sovereign Immunity". **<u>Except, when the act is of great/gross negligence or intentional by the employee exerting the act, abusing the authority in which they were sworn into or elected.</u>** I feel her actions were intentional. They are professional. Well trained. Well educated. Well informed on cascading actions in areas of incomplete report submissions. The agent had access to ALL of the information they uploaded into their data bases. She Knew. I believe her mishandling of my case was intentional, because she thought I was going to die from my injuries I incurred from the Birmingham Police Department's and their affiliate's actions of kidnapping, raping and attempted murder against me on March 19, 2020 – May 1, 2020. I believe she thought I was going to die, because they

Page **50** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

understood the totality of the damages I incurred and felt pertinent aspects of their report could go unfinished, or swing a different route benefitting someone else, because I would be dead in a month or so of my release. I was *NEVER MIRANDIZED.*  I was *NEVER ARRESTED.  I WAS KIDNAPPED, HELD AGAINST my WILL, DRUGGED – GASSED AND RAPED and almost MURDERED.  I was PHYSICALLY, MENTALLY AND CHEMICALLY ASSAULTED for 43 days.*

*I was released May 1, 2020, the day after my case against the Birmingham Police Department was dismissed.  It was dismissed April 30, 2020.*

I was *PHYSICALLY, MENTALLY AND CHEMICALLY ASSAULTED for 43 days.  Please hear and understand this.  I ALMOST DIED, for walking my dog in my neighborhood, minding my own business, and see a gap and need in an industry -  trying to improve the economy by starting my own fin and shell fish hatchery... and they stole it from me and tried to kill me.*  Please let that resonate. The POLICE and GANG Members!

The neglect of the U. S. Department of Justice Civil Rights Division is denying me the right to own and operate my companies, and receive all of the benefits of securing *FINANCIAL ASSISTANCE* from banks and financial institutions because of a notation the U. S. SBA has placed under my name and regarding my companies.

The U. S. SBA have criminalizing me under false information and false identities that the above federals and state agencies have placed in their data bases and are spreading by word of mouth that I am mentally and physically unfit to own a business.  This has opened up the door for opportunistic criminals to try to steal my business plans; my companies, say I work for them – when I don't; say I sold my company and now I'm trying to steal it back; and block me from getting funding.  I have tried to get funding from the following:

    A.  Bank of America – 2020; 2021; 2022

    B.  Regions Bank – 2020; 2021

    C.  PNC Bank – 2021; 2023

    D.  Forge Foundation – 2022

    E.  KIVA – 2022; 2025

    F.  Canvas Credit Union – 2025

    G.  FNBO Bank – 2025

    H.  AltCAP – 2024

    I.  ECDI - 2022

    J.  Huntington Bank – 2022; 2023; 2025

And other lending agencies like Lendio, etc..  None of them Approved me and I received the monies from the loan.

However, ALTCAP in November 2024/December 2024 did approve my loan, but gave the funds to someone else stealing my identity.  After they sent me an email declining my application, I checked my Credit History and it showed an approved loan for $2500.  When I reached out to the

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

CEO; John Teasdale; U. S. SBA – Isreal Alvarado who referred me to them, and U. S. SBA Michael McWhorter who worked with John Teasdale regarding my application, they all confirmed that my application was denied and not approved.  While the Equifax – (or Experian) credit bureaus showed a new approved loan underneath my identity and social security number.

Approximately, 2022, I sued Bank of America in Akron, Ohio U. S. District Courthouse because while I was in their branch opening up a business account when I first moved back to my home State of Ohio (Cincinnati, Ohio to be exact, but had relocated to the Cleveland/Sandusky area) in Strongsville, OH,  I went in to transfer my business account from Arkansas to Ohio, but was told to just open up another account and allow them to delete the old ones.  I thought that was their protocol so I agreed.  I gave them everything they required.  The Branch Manager, The Business account representative and another employee, took all of my information, copied it and gave it to their other representative I initially had an appointment with, but was deferred to the Branch Manager.  He, Branch Manager,  instructed the female assisting him to give the copies of my companies' information to the couple meeting with  his Business Loan Officer in the other office, while I sat in the other office with the branch manager.  The Branch Manager, then told me they could not affirm my identity so they were not going to open my accounts.  They had just deleted my accounts from Arkansas and gave my business information to the couple in the other office.  I called their Headquarters.  I called the police.  Then I sued them in U. S. District court.  My case was dismissed.  I never made it to the courtroom to fully present my case.  I appealed to the U. S. Appeals Court and never heard anything from them.  So, the U. S. Dept of Justice Civil Rights

Division again, has made me an open target to every criminal in every state I have moved too.

This keeps repeating in every state I move too.

I'm constantly fighting for my identity, my companies' identity and rights, because of the Gross Neglect by the U. S. Department of Justice Civil Rights Division not removing the retaliatory information made by the cops and the judge in Alabama in 2020.

The U. S. Department of Justice – Civil Rights Division has made me a living Target to every Thief, Human Trafficker, for Hate Crime, Violating my Constitutional Right, Civil Rights, has cause me Malicious Prosecution by the Birmingham Police Department, and Criminalized me – via all the defendants listed in this lawsuit - when I was the victim of their malicious attacks. Basic Human Rights and Constitutional Rights are ignored when it comes to me. I'm openly denied protections from police departments because of this information in these data bases and "other criminals" whispering in their ears, that I sold my companies and I'm trying to steal it back, which is ridiculous. I have not sold my companies. Police Officers, I've never met when I first arrived to Loveland, Colorado, look at me with contempt as if to say why am I here at the police station trying to file a report. They look at me as if I'm ruining their day by trying to make a police report of being stalked, robbed of $200 in my hotel room; someone trying to break into my apartment; some man by the name of Dwight Nelson who had his name on my phone account instead of my name; and when Canvas Credit Union told me they closed my account because I am a fraud and I don't own my companies. For the last two concerns, the Loveland Police Officer - Officer Aker would not take a police report. Prior to that SGT Musselman told

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

S.A.W.

his officers if I come up there again to file a report to arrest me for being a menace. After SGT Musselman told his Officers that, and I returned home to my apartment, approximately 6 p.m., someone tried to break into my apartment. Loki my dog was home and must have scared them. I took pictures and emailed them to SGT Musselman telling him what had happened, and he got mad at me and replied, that that's not why he gave me his business card, and if I wanted to file a report come back down to the police dept. I retorted, you told your officers to arrest me if I filed another report, That's why I'm sent you the email. I have rights too! He told me to come back to the department to file a report. I emailed him and told him, I just did! He later emailed me to say he would file a report this time, but I would need to come to the department the next time. I'm criminalized, not the person who tried to break into my apartment.

This has caused me Deprivation of my Rights Under the Color of the Law. My Constitutional Rights are obliterated. I have none. It's not just here in Loveland, its every state I have moved to. By Officer Ake knowing what was happening, I showed him proof, he allowed AntiTrust Laws violations; Fraud, Defamation – both Libel and Slander, Identity Theft to occur.

I'm being Malicious Stalked – 0nline (I finally saw my Equifax-Experian-TransUnion credit history and everyday for almost 2 years someone pulled a soft credit check to see where I had applied for credit and where I had applied for an apartment rental.) Today, when I try to pull or request my credit report my request is denied. I'm asked to send Driver's License, etc., then I'm denied again.

Credit Karma online allowed me to sign in for a minute in September 2025, to update my information, then I was knocked off-line and unable to access my account I was just in. My identity has been stolen. Approximately, October 24, 2025 I was able to get back in using a different password, because my original password was changed, to print off my score and information. Experian was not available, which is the one that shows the soft credit pulls every day for the last 2 years.

For the last 5 years, I'm constantly being stalked in-person, by my credit history and through these federal data bases. I have the defendants, federal and state agencies employees committing violations of : Conspiracy Laws, Falsification of documents, Obstruction of Justice, HIPAA & Privacy Rights Violations, Collusion, and Destroyed my Reputation and Creditability Nationally if not globally since most of the attacks were put on the Internet for the world to see through Facebook where I was denied access to for years, and in county, federal and state data bases, preventing me to live my life Freely as a U.S. Citizen, and devastatingly impacting my ability to get funding for my three (3) companies I previously started before, during, and now presently trying to get funding for.

The U. S. Department of Justice Malicious Negligence and Deprivation Under the Color of the Law is hindering my ability to operate my companies I started.

**S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC** – Started initially September 3, 2019; but Launched January 1, 2020 in Birmingham, Alabama.

**Restore & Evolve, LLC** – December 13, 2021 in Centerton, Arkansas.

**ABSALON, LLC** – May 28, 2024, started in North Kansas City, Missouri, but Registered in the State of Colorado - Secretary of State April 24, 2025. May 28, 2024 I registered with the IRS and Duns and Bradstreet.

Sam.gov and FSD.gov employees told me when I spoke to them, "We are going to uphold the court order", denying me and my companies to apply for a valid UEI Number and a Valid CAGE Number. **The UEI number they approved for Restore & Evolve, LLC they revoked and I wasn't initially notified.** When I ask them "What Court -Order, and why were they doing this?" They either hang up on me or say they mis-spoke. I don't have ANY court-orders against me nor my companies.

I have not walked into any courtroom for any cases regarding my companies. Even the one's I initiated. They were dismissed. There is NO attorney representing me these last 5 years. No attorney will take my case. But they all say I have a legal concern that I should pursue Every attorney I consulted with and contacted in all 8 states in the last 5 years, told me "no" they would not accept my case. They won't accept my case because it's against the U. S. Department of Justice – Civil Rights division and the government. My Constitutional Rights, my Civil Rights, my Human Rights my HIPAA & Privacy Rights have all been obliterated. They don't exist for me. I'm not a jailed prisoner but I have no human rights. **No one is speaking in my stead with my permission. Because the false/wrong information in federal data bases, that I am being**

denied a FOIA copy of, are profusely speaking louder then me, and my TRUE identity has been erased and filled with these lies, that the U. S. Dept of Justice Civil Rights Division could have reversed, because they were uploaded for retaliatory reasons, didn't because she the agent thought I would be dead soon from my injuries, so why bother. Less paperwork for her.

January 2020 – March 2020, I applied and had an UEI number for my company, "S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC – Started initially September 3, 2019/Launched January 1, 2020 in Birmingham, Alabama". After March 2020, my number was invalidated and "someone else was allowed to remove my name from SAM.gov and place their name there, and show ownership as the administrator.

SAM.GOV Blocked my Internet address, name, login information from my company S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC – Started initially September 3, 2019/Launched January 1, 2020 in Birmingham, Alabama. I called the Federal Service Desk and GSA. Nothing. No help, No resolution.

October 2020 – February 2021, I applied for the U. S. Department of Energy Grant under my company S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC. I was granted the opportunity to proceed December 2020 to the next stage. I partnered with G.E. Micro Grids in Atlanta, GA as my contractors for this grant project. Steven Halford.

Page **58** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

January and February 2021, I was not only halted by the U. S. Department of Energy, but their attorney general and the Director of the U. S. Department of Energy sent me an email (going outside of protocol of using the Grant system portal designed for ALL communication), that they had information that I was not the owner of my hatchery and was not moving forward with me as the owner of my company. They gave me 4 different reasons each time I inquired on who they thought was the owner of my company.

I told them I was the owner of my hatchery. I asked who did they think was the owner of my hatchery? They Never gave me a name. **I never got a certified letter to cease or discease, or any official mail, telling me to "Cease and Desist" from anyone. Not the U.S. Department of Energy nor the U. S. Attorney General's office, or anyone else.** Nothing on government or attorney letterhead, just generic emails saying I was not the administrator and that I didn't own my company – **which I did/do own S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC. I have never sold it.** I contacted the U. S. Dept of Energy OIG and their Secret Service. They both investigated. I requested FOIA report. I was denied. The U. S. Dept. of Enery in Golden, Colorado AND the U. S. Dept of Energy in Washington, D.C. both denied me a complete request for my FOIA request. They pnly send me what I submitted, and redacted most of it. They never sent me the information submitted by everyone else they formed their investigation from. They never sent me the information from the federal data bases as I requested. The used these terms as the reason's why:

" Exemption 6 Personnel and Medical Files and Similar Files (5 U.S.C. SS 552 (B)(6)) Redactions within the responsive records were made pursuant to FOIA Exemptions 6 which protects from disclosure all "personnel and medical files and similar files" when release of that information "would constitute a clearly unwarranted invasion of personal privacy. "exemption 6 is intended to "protect individuals from the injury and embarrassment that can result from the unnecessary disclosure of personal information." U.S. Dept of State v. Washington Post Co., 456 U.S. 595, 599 (1982)" – Which is a bunch of malarky and is just a cover up to protect the thieves who submitted information into my grant file and all federal data bases under the protection of the government to steal my companies.  – Derek G. Passarelli, Director, Gold Field Office, Colorado, Energy Efficiency &b Renewable Energy – Dept of Energy.

This is government speak for COVERUP.  This is what U. S. Department of Justice Civil Rights Department opened the door too when they allowed the Judge, The Birmingham Police Offices and their affiliates to get away with their retaliatory actions.

They said I had the right to appeal, and when I did, they ignored me.  Nothing was done, nor corrected.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

February 13, 2021, I received an email, outside of the grant portal saying my grant was denied, and the reason was NOT any of the aforementioned reason this department mentioned.  I was railroaded.  I filed a formal complaint with the U. S. Dept of Energy OIG department March 3, 2021.

From March 3, 2021 – May 5, 2021 (a year after I was assaulted by the Birmingham Police Dept and their affiliates…), I was told by OIG, after they investigated, that I couldn't appeal their decision, but they were upholding the decision that the Director of the U.S. Dept. of Energy, had made on my grant application.  **They had documents that showed I signed my company away. <u>I asked for a copy because I had not signed anything selling or giving my companies away. They refused</u>. He said they had a video of me signing it.  I described myself to him and asked if that's who he saw on the video.  He never answered me after I sent him my Driver's License, my Military ID and my VA card.  He told me to reach out to FOIA.** I was being railroaded by the government.

FOIA redacted over 90% of all of the information they sent to me.  The rest of the information they refused to give to me and stated it was within their power to do so.  Even though the information was about me from other government, military, and criminal agencies. So FOIA and the U. S. Department of Justice Civil Rights Division both HELPED the criminals to steal my identity and opened the door for all the other allegations listed to further stop me from living my life and affecting my companies as well.  This violated my Civil, Human, Constitutional, HIPAA and Privacy Rights as well as acted as a cover for them to further commit criminal felonies using the government as a veil.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

*I've reached out to the U. S. Department of Justice to fix this through their HOTLINE online website and on their HOTLINE phone number several times.  I was ignored. Suing them in court is the only way to get justice and to get this fixed.*

The GOVERNMENT and the Birmingham Police Department and their affiliates, STOLE My IDENTITY and my Company's identity, and now other government entities and data bases are covering up their own theft.  The Hatred keeps growing.

Approximately May 5, 2021, I filed in U. S. District Court a Complaint against the U. S. Dept. of Energy; Their OIG; and 47 other police, FBI, government agencies, In East New Orleans, Louisiana U. S. District Courthouse.  Because of COVID, all courthouses shutdown, I was told I would receive an online zoom hearing.  That never happened. *After all of the defendants were served by the U. S. Marshall by the U. S. District Court on my behalf because I had an APPROVED IFP on file, NONE returned an answer to the court.* The U. S. Marshall sent the court receipts of proof of service and copied me, showing ALL defendants served, and none submitted an answer.  I requested my case be APPROVED/GRANTED by Default.  I submitted the correct paperwork.  They had proof that the U. S. Marshalled served all defendants and none answered within the allotted time the court appointed.  The court dismissed my case approximately September 2021. No Summary Judgement by Default.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

I submitted an APPEAL to the U. S. Appeal Court in Washington D.C., and copied them the forms and documents I sent to the Louisiana U. S. District Court requesting the appeal; request my case be process by default because no one submitted an answer; along with the correct court forms and documents requesting my case be granted by default. I was told by the clerks in Louisiana to wait until they reached out to me. Everything was still shut down due to COVID 19 Pandemic.

Approximately February 2022, I called the U. S. Appeals Court and a female clerk told me how to make the request from my U. S. District Court for the Appeal. In June 2022, I called again and spoke to another female, she stated she had received my request and documentation from the courthouse in Louisiana. I should hear something in about 6-9 months. They were still on shut-down from COVID 19 Pandemic, so to be patient. That I could call every week or monthly for updates. I did. I called weekly initially and then monthly. The voicemail said that they were closed due to the COVID 19 Pandemic shutdown. I kept calling. NOTHING.

Approximately September 2021 – February 2022, I submitted to FOIA a request to get documents on the OIG's decision regarding the U. S. Department of Energy Grant I applied for in October 2020 – February 13, 2021, and findings with all supporting documents from everyone. I got the run-around. December 2021, January 2022 and February 2022 I received emails from FOIA administration from different department in FOIA from Washington, D.C., and here in Colorado, that they could not send me a complete list of their findings. They could send me copies of what I submitted. Everything else was "Confidential", paraphrased. That they

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

were the heads of their departments and their decision could not be appealed. So, all of the information they received from "OTHER PEOPLE or OTHER ENTITIES pertaining to me, I was not privileged to see, but the world that's employed by government, federal, state, county and city agencies can see this defaming/ falsified/wrong information. So, I waited on the Appeal information from the U. S. Appeal Court in Washington D. C. Please keep in mind, I'm still injured. Hurt, and I'm still physically, and mentally healing from these injuries I incurred those 43 days.

October 19, 2021, I moved from Louisiana to Arkansas. I was still severely damaged but coping. After much crying and praying to God Almighty, I was reminded of my Advance Pathophysiology: hematology and Advanced Pathophysiology: Intro, to Pathology from University of Kentucky: School of nursing, CE, and previous medical and molecular cell education from South University and other colleges, through this I formulated and created Restore & Evolve, LLC, December 13, 2021, my Nutritional Beverage, that was reversing the physical and mental damage, and regenerating cells and neurons in my body. My formulation saved my life. It saved me and reversed most of the damage that was done to my body from the Birmingham Police Dept and their affiliates from March 19, 2020 – May 1, 2020 in Birmingham Alabama. Again, because of this assault and kidnapping, and rape, the U. S. Dept of Justice – Civil Rights Division ACCEPTED my case and investigated. Again, May 28th approximately force retiring Judge Allen King; revoking Attorney Thomas Diasio's attorney bar license, and June 5th approximately, firing 38 Birmingham police officer and the police chief. Because of my request to them for help.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

December 2021 through February 2022, I applied for SAM.gov UEI and CAGE number for my company, Restore & Evolve, LLC. I initially received an UEI Number, but the process was stopped for me to receive my CAGE # and my UEI was revoked. When I inquired why, I was never given a reason. Just given the round-around.

January 2025 – June 2025, I reapplied for all three of my company's SAM.gov UEI's and CAGE Numbers. I completed all of their steps. I was in constant communication with FSD.gov Service Desk. I did everything they told me to do. Then in June 2025, I was told that they were going to uphold the court order. I asked what court order. The FSD Service Desk agent would not tell me what court order, would not give me any information; retracted his statement and said, he misspoke; would not let me speak to a director, supervisor, or anyone above his level. Again, I'm tired of the government run-around, where everyone has access to FALSE/FAKE information in Federal, State, County government databases except me, even when I follow their FOIA procedures to gain access to this wrong information.

October 21, 2024, because of The U. S. Department of Justice – Civil Rights Division Malicious Gross Negligence Enabled the hatred from the Clay County, Missouri, CCW Permit Office - Sheriff's Department to switch my fingerprints, in the National (Global) U.S. FBI Data base, that is accessed BY ALL LAW ENFORCEMENT Agencies - GLOBALLY, etc.,  STOLE MY IDENTITY by stating my Country of Origin was the **Country of HUNGARY, instead of Cincinnati, Ohio, USA**.

The Sheriff Deputy from the CCW Permit Office in Clay Country, Missouri who took my fingerprints, on purposed uploaded this wrong information into the U. S. FBI data base, and on NOVEMBER 6, 2024, Day after President Trump was Elected U. S. President, and he started mass deportation processes, the deputy told me to go to ICE Immigration Department to get it fixed, because she didn't know who uploaded this wrong information.  She lied.  She knew both she and her colleague had changed my Country of Origin from USA to HUNGARY.  She said that they couldn't fix this for me.  (This again is another lie.  A month later Dawn Daniels, Analyst for the U. S. FBI, Washington D.C., confirmed that the Clay County Sheriff Department changed my citizenship on October 21, 2024, when I submitted my application for my CCW Permit. Dawn Daniels said, if it was in error, that same agency can go back into the data base and correct any mistakes they have made.  The Sheriff Deputy lied. She understood that she and her colleague intentionally committed this felonious crime against me.)  I told her my Birth Certificate is in the car with my U.S. Army DD214, I can go get it.  She said no need.  I would still get my CCW Permit, but if I wanted to changed my citizen status I had to go to I.C.E. or the Immigration Department.  She, the Sheriff Deputy told me to go to Immigration or I.C.E., to have them fix this.  This government/ law enforcement pillar of the community by status and title. This is the day after President Trump immediately gave I.C.E. unheard of authority to deport all immigrants.

This is the HATRED that spawned from me being an open target, since this wrong information had been in the federal data bases, and me not knowing that EVERY FEDERAL, State, County,

Page **66** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**



Agency was in on it or had access to it. **Especially since I had been denied access to my OWN defaming, hate-filled, life and liberty stopping information via the requested FOIA in 2021 and 2022.**

**It's like I'm a "free" Prisoner, (which is an oxymoron), while someone else live my life and claim ownership to EVERYTHING I previously and presently own and have accomplished.** And all the listed defendants are helping them do it.

Here in Colorado, in Loveland, Colorado where I live as a law abiding citizen, in Larimer County, Sunday night, October 12, 2025 approximately 9:45 p.m., Loki, my dog and I were leaving to start our night working Uber Eats Deliveries, I was "watched and followed" by Larimer County Sheriff Deputy Alex Spencer #22001, leaving my apartment, driving to my bank across the main Street (Eisenhower Street and North Boyd Lake Drive, Loveland, Colorado - FNBO), he followed me. I signaled and switched lanes, he switched lanes, then he turned on his lights and pulled me over. There was no reason he should have pulled me over. He was fishing for a reason. **He initially said** I lane changed without signaling, which I know I did signal my lane change, but I was nervous and didn't say anything. Then after I got out of the car, he said, I had no tags on my license plates. Yes, I did. I just switched my license plates from The State of Missouri to Colorado May 2025. I showed him the paperwork from the DMV and that Homeward Alliance, a community homeless agency helped me pay for it. *"Someone" switched my back plates with my front plates and he conveniently happened to notice this after he pulled me over for what he initially said – I didn't signal my lane change. Which I did. The*

Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division

*back plates didn't have the stickers on it. My front plate did. I suspect one of my neighbors or one of the defendants did this and encouraged him to pull me over when I went to work for Uber Eats this Sunday night. My plates were correct the night before. So, I'm constantly being stalked and set-up by law enforcement, criminals and stalkers.*

*Sheriff Deputy Alex Spencer explained to me that there could be a possibility of Jail-time for the information he gave me during this traffic stop. That he was NOT going to give me a ticket "this time", but if I get pulled over again, I could get "Jail-Time". That this was just a warning.*

*How I know I was set up, because as he walked back to his cruiser with my Driver's License, registration and Insurance cards information, someone on his phone or walkie – talkie asked him "What did she smell like?" He said, "I don't know… Fresh like she just got out of the shower." The person asked him what did my car smell like, he mumbled something as he walked back to his cruiser. I couldn't understand him. This is how I know I was set-up. I was just threatened with Jail-time on a law enforcement "fishing" expenditure, because he had no reason to pull me over. This is Malicious Prosecution. This was Harassment in solidarity for this law suit I'm filing against Clay County Sheriff Department in Clay County, Missouri.and the other defendants. I am constantly being stalked, harassed, by law enforcement and people in general. I'm a target.*

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

*"A warning", for me signaling my lane change and him stalking me from the time I left my apartment to go to the bank across Eisenhower Road, the main street from my apartment complex, back onto Eisenhower after I left FNBO Bank that sits there on the corner.*

*I'm requesting the Street Traffic Camera footage from CDOT and Loveland Police Department to prove harassment and stalking.*

*I'm also requesting the camera footage to show Saturday night, October 11, 2025, my plates were affixed properly on my car, to prove I've was set up, and Larimer County Sheriff Deputy was showing alliance to Clay County Sheriff Deputy and had knowledge I was completing this lawsuit.*

*Again, me being criminalized, stalked and watched by law enforcement as if I am a criminal, and I am NOT.*

*I'm constantly criminalized, stalked by law enforcement, or harassed.  This is why I'm filing this lawsuit and asking for damages, compensation and criminal charges to be brought against the defendants.*

Also, why I believe I'm being stalked and word and a copy of the draft for this lawsuit somehow got out to the community, is because Friday, October 10, 2025 approximately 4:30 pm, I left the

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

S.A.W.

Fort Collins  Library on Harmony Road, and went to FedEX Office, Print & Ship business a block away from the library to print a 11" x 14" in color a copy of my NaVOBA National Veteran Owned Business Certifications I had just received Monday, October 6, 2025, for 2 of 3 of my companies, Restore & Evolve, LLC and ABSALON, LLC.  Josh, One of the workers there and the female manager snarled at me as I walked in and the whole time I was there.  When I asked Josh to put money onto my FEDEX card, so I could print from the Self -Service Station, he said, "I could put that on a "Gift Card for you if you like." Puzzled, I said "No, on my FedEX card you have is fine."   FEDEX don't have gift cards. It was out of character for him to be so hatefilled.  All the other times I've gone there he was so professional and nice.

Larimer County VSO Officer Keith Gilbert, who is also named in this lawsuit, in January gave me 4 King Soopers cards – when he lied to me and stated he could start my VA Claim in January 2025, and keep all of my medical records only in their fort Collins Office.  He lied.  He violated my HIPAA Rights and Privacy Rights, imported all my military Records from VA into Colorado VSO State System, so EVERY County VSO staff member and EVERYONE who has access to that data base in the State of Colorado, can access my ENTIRE military medical and administrative records, *WITHOUT* my consent.  A total violation of my HIPAA Rights, Constitutional Rights, Human Rights…, I go into detail later in this Complaint when I address Larimer County VSO Office and employees; Weld County VSO Office and employees; Colorado Dept. Of Military and Veteran Affairs - Major General Lauren L. McClellan, responsible for her staff and Bruce Cowan, Division of Veterans Affairs Director for the Department of Military and

Veterans Affairs; Colorado Division of Veteran Affairs - National Association of County Veterans Service Officers and all of their staff employees.

I feel and felt mortified, humiliated, violated, and a sense of being informationally raped from this egregious, hate-filled act. They still have not reversed this even after I have requested this to be done. I requested this from Mark Johnston, Director of Larimer County Building; Marcy Kasey; Assistant Director; Keith Gilbert, VSO; Bruce Cowan, State Dept. of Military and VA Affairs they report too; The 3 Larimer County Commissioners; Tom Gonzales, WELD County VSO who Initially asked me to allow him to process my claim instead of Larimer County in which we met to start the process, but then he refused to process my VA Claim and said I need to get an attorney. He would not allow me to see my entire file he had access to in front of him. He made sure he first showed my the Death Certificate and picture of my deceased baby girl that I and my now divorced ex-husband, David Martin Wiley, (April 4, 1987 - September 1996), lost during my pregnancy in 1987 while I was station at Fort Rucker, Alabama. He traumatized me, then refused to process my claim and told me to get an attorney. I asked him to remove my information from this database since he was not going to process my claim. This is what he said," I cannot remove your file from this data base. EVERY VSO in the State of COLORADO has ACCESS to your file. They can see EVERYTHING that's in your file. You need to get an attorney…". I was humiliated….MORTIFIED…I had just felt I was informationally RAPED, and traumatized all over again,  and the attorney he recommended and the others I contacted said "No", they can't assist me. They had too many cases, but still advertised to help veterans

complete their claims.  My HIPAA Rights, Privacy Rights, My Constitutional Rights, and my Civil Rights - OBILERATED.

If the U. S. Department of Justice – Civil Rights Division had properly, and thoroughly completed her investigation, I would not be going through this open hatred and I would not be a target for people.  At this point, it recreational.  It's for fun, to steal my identity, criminalize me, start rumors that I sold my companies and I'm trying to steal them back, stop me from getting bank loans – because staff are saying I sold my companies and trying to steal them back, and calling me a fraud – and rescinded my business accounts and mailing my deposits back to me in the mail – CANVAS Credit Union, Loveland, Ohio.  OR I apply for a business Loan and it never makes it to the underwriting department because the Loan Officer stops the process because "someone" told them I sold my companies and I'm trying to steal it back; AFTER I have submitted all of the required documentation they require and showing proof of ownership – HUNTINGTON National Bank/HUNTINGTON Bancshares Incorporated.  I am an OPEN TARGET for all criminals.

The Malicious Gross Negligence of the U.S. Department of Justice Civil Rights Division has impacted me attending college in July 2021 - December 2021 at Long Beach City College Online; and the University of Cornell online in receiving my Certification in Medicinal Plants – A course in Plant Pharmacology.  By way of people calling the colleges, Instructors, and/or the Administration of these colleges, telling them I'm an imposter and not the real Sherry Ann Wiley.  Presenting false documentation to these department heads, that in turned illegally

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

blocked me from furthering my studies after 2 semesters - Not my GPA – regarding Long Beach City College; and or has my every submitted work critiqued thoroughly by the Department Head, not the Professor or Instructor who normally Lectures the course, critiquing and checking for previous and present knowledge I've attained from prior academic colleges I attended – because I have been titled the imposter and mentally inapt of completing the course.  Trying to discredit any evidence of me not being Sherry Ann Wiley with the medical knowledge I attained before entering the course -(Previous graduate level certifications in Advanced Pathophysiology: Hematology and Advance Pathophysiology: Intro. to Pathology. Three years collectively of prior courses in Physiology, Core undergraduate courses, Biological Psychology, Forensics, Neurology, Biology and Microbiology, and Biology of Cancer, and previous certification as a Phlebotomist, etc.,), measuring my mental acuity, my memory capability, with every assignment submission. Not as a regular student like the others, but I'm under the microscope because I've been branded as an imposter by the thieves the U. S. Department of Justice didn't fully prosecute, nor Protected, when I was the one who reached out to them May 5, 2020 to help with the Birmingham Police Department officers, the University of Alabama, and the VA when they kidnapped me, criminalized me, tried to steal my fish hatchery I had just started months prior that would have allotted me 50% – 70% of ALL federal, State and County contracts and grants in SAM.GOV.

I'm - at every turn, in 8 states since 2019, (Alabama, Louisiana, Arkansas, Ohio, Indiana, Missouri, Kansas, and now Colorado), in the last 5 years that I have created and started my three companies, every state I've moved too, I have to defend and prove my identity, my U. S. Citizenship, me NOT being married but divorced for over 27 years, me only having 3 biological

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

grown children in their 30's, and no adoptive children, me being a 59 years old Black woman born and raised in Cincinnati, Ohio, and Not from the Country of Hungary (That the Clay County Sheriff Dept. and Deputy changed in the U.S. FBI CODIS Data base when I submitted my fingerprints for my CCW Permit Concealed Carry Weapons Permit) October 21, 2024, my 9 year collectively U. S. Army/Army Reserve/Army National Guard/ Honorably Discharged Female Veteran from Cincinnati, Ohio.

VA in 2017 at Palo Alto, California switched my identity with a black female Officer by the name of Zina who was a decorated Marine – not Army – who was viciously raped by the men and officers she oversaw in Iraq during her Tour of Duty, and sent her into mental psychosis in which she sued the military for and won. The VA superimposed her mental medical records into my VA and military records to steal my livelihood without any monetary benefit or any VA rating or any benefit at all. They stole my identity to have supporting documents to try to institutionalize me. Mona Bossi, Attorney for the VA was the person who reversed Christine Savage's malicious entry in Palo Alto, CA in 2017. This along with the Birmingham Police Department kidnapping me delivering me to the University of Alabama Birmingham hospital where I reached out to the Birmingham State courts Judge Elizabeth White and the U. S. Dept of Justice in 2020 when SBA, SCORE and a few Klansmen decided to steal my identity again and steal my fish hatchery. I'm constantly defending myself being the Owner/CEO-SOLE-Member-Manager of my three companies S. A. Wiley Sustainable Fresh Farmed fish Hatchery, LLC, Restore & Evolve, LLC and ABSALON, LLC - constantly.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

I am at every turn defending my identity, defending I am the Owner/CEO-SOLE-MEMBER-Manager and only authority regarding my companies, defending myself against the lie that I have sold or stolen my companies and I'm trying to steal them back – Which is so ridiculous and childish, but that's what people here in Loveland, Longmont, and Fort Collins are whispering and saying to each other as I walk by them in almost every environment I go too.  I am always defending my companies, my freedoms (because I'm constantly being criminalized and defamed), every state I move too.  Everywhere I go.  This is mental cruelty. Defamatory. Criminalization. Hate-filled, and conspiratory stalking.

My GPA at the University of Cornell online Medicinal Plants Certification is 117/117 which equates to a GPA of 4.0 in academic standards.  (A course of Bioengineering, Phytochemistry Medicinal Plants and Pharmacological alternatives) which are the foundation and root of my 3 companies' nutritional ingredient needs. S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC fish and fish food; Restore & Evolve, LLC my Nutritional Beverage/Energy Drink/GLP-1 Drink/Natural Health-food Drink/ Sports Drink/and Pharmacological Alternative Health Aid Drink preferred by the suggestion of physicians in lieu of prescription medications; and hopefully approved by USDA as a WIC Supplement approved beverage for K-12; kids under 5; and Pregnant and lactating women), and ABSALON, LLC, my wholly organic Hair Growth Conditioning Products. I graduated August 23, 2025.  I'm not taking Market Research and Production Development, which is their food Manufacturing Certification.

I'm still working on seeking funding for my companies. Banks, credit unions stop the process as I have stated earlier because of the "NOTATIONS in the U. S. SBA Data Bases" regarding me and my companies. That's only if my stalkers don't contact them and tell the ridiculous story that I sold my companies and I'm trying to steal them back.

I'm meeting with Buyers at National Grocery chains, and the military. I'm trying hard to get a contract or funding for my companies, but I have to work several times harder than everyone else, because I'm stalked, villainized, criminalized and defamed at every step from wrong and falsified information about me in government data bases, I can't get access too, nor get a copy of because FOIA won't give it to me when I request the information. Information about me. My civil rights, HIPAA Rights, Privacy Rights and constitutional rights - MY LIFE - being Obliterated, by criminals who work for the government.

May 6, 2025, I've reached out to Chip Bishop, U. S. SBA – ADVOCACY Director and all the defendants listed under him for assistance by email. I didn't receive a response. I contacted their Hotline and uploaded a complaint for assistance. I received no response. I sent the same email every day for 2 weeks to Mr. Bishop and his Directors under him. The defendants listed under the U. S. SBA Advocacy.

In late May early June 2025, Major Clark III, Deputy Chief under Chip Bishop contacted me to ask me if someone had reached out to me yet. I told him "No". He chuckled and said someone

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

will soon. No One ever did. I continued to send the same email to all the listed defendants for U. S. SBA – ADVOCACY and copy Mr. Bishop. I have heard **nothing** from this Department.

In June 2025, I reached out to Trent Staggs, U.S. SBA – Advocacy for Colorado. He initially stated he was in Washington, D.C. and he would have his team investigate. After a few emails, and a week later, he said he could not help me (paraphrased). He changed my concern from investigating if derogatory information was listed in the U. S. SBA Data base or any federal data base regarding me and my companies that would stop me from getting an SBA backed loan to he can't help me. He refused to answer if they had found something that had stopped me from getting financed in their or any data bases. He encouraged me to STOP emailing him. There was nothing he could do.

Congressman Lauren Boepart office who advertise how they support and love their veterans, declined to look further into my concerns after their constituents looked into and received calls not to intervene. That I was an imposter. That's how they treated me.

Congressman Sam Graves in Clay County Missouri and Congressman Emanual Cleaver in Kansas City, Missouri investigated the Clay County CCW Permit Sheriff Office and confirmed by Dawn Daniels, U. S. FBI Analyst in Washington D. C., that the Clay County Sheriff Deputy who fingerprinted me is the who changed my country of origin from U. S. A., Cincinnati, Ohio to the Country of Hungary. Congressman Graves and Congressman Cleaver both confirmed that

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

through Dawn Daniels and they refused to submit my Birth Certificate, my Social Security Card, My Driver's License, my VA ID card they held in their hands, and their constituents **would not** email, mail or send other to Dawn Daniels that they were in contact with to reverse this felonious act the CCW Sheriff Deputy had committed against me.

The Missouri State Attorney General's office would not assist me either. I went there twice and called twice. Their representative who oversees the Elections for the state, held in hands the same information I gave to the congressmen; my Ohio Birth Certificate; My Arkansas Driver's License; My U. S. Army DD214; my Electric Bill showing my current home address, my Voter's Registration Card, My Social Security Card. and he too said their office couldn't help me. There was nothing he or his office could do.

January 6, 2025, I had to come to Colorado, Northern VA here in Loveland, CO – meet with Heather Campbell, VA Liaison for Congressman Neguse's office, approximately January 11, 2025, to reverse this felonious act against me from a Sheriff Deputy law enforcement officer. The CCW Permit Sheriff Deputy, in Clay County Missouri.

February 12, 2025, Heather Campbell contacted me and forwarded the email that Dawn Daniels send with word that **my global FBI background Country of Origin had been changed back to U. S. A Cincinnati, Ohio, in their federal data base. I had to leave the State of Missouri and come to Colorado for Congressmen Neguse's office to correction this felonious hate**

Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division

**crime and abuse of authority from the officials in Missouri.** Every State employee I met with is guilty of this hate-filled felonious crime. They had knowledge that a county law enforcement employee had committed a felonious hate-crime, and they all protected her.

I had to come here to Colorado to get help because Missouri officials knowing I had been railroaded by their government didn't want to intervene. They weren't scared. They concurred with the Sheriff Deputy's felonious act against me. This is because they all knew and agreed with the falsified information in the government data bases about me and chose to join in that hate, when ALL OF THEM HAD THE CORRECT/TRUE DOCUMENTS IN THEIR HANDS. I specifically placed my Ohio Birth Certificate; My Arkansas Driver's License; My U. S. Army DD214; my Electric Bill showing my current home address, my Voter's Registration Card, My Social Security Card, in their hands and/or in their constituents' hands, and they examined them, so they could not say they had no information regarding her felonious criminal actions. This is the HATE I'm continually experience in EVERY STATE, 8 STATES, I've MOVED TOO in the LAST 5 YEARS.

Approximately January 9, 2025, I met with Larimer County Veterans Service Office, Keith Gilbert. My dog and I were homeless here in Colorado, living in my car. We were freezing. VA employees referred me to Keith Gilbert, VSO and Volunteers of America and a few other military agencies. Keith and I met. He said he could give me $100 King Sooper Gift cards for food and gas, but I needed to sign and start the process for him to start my VA Claim for benefits with him. He said ALL VSO's and other would have access to ALL of my military medical records and we

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

needed to get the public sector's medical records to him asap. I told Keith NO. My first priority was getting a hotel room and secure housing. I would file my VA Claim later after I'm housed. He refused to give me the $100 cards. He said he could keep my medical records there at Larimer County and remove the statewide access for all VSO's and others to view my military records. He showed me on his computer where he said it would only be in his office. He said he would start the process. He said he would keep it confidential and in Larimer county only. HE LIED. He gave me the $100 King Sooper cards. On the VA Release of Information for I wrote NO MEDICAL INFORMATION in each section to ensure that my medical file would not be accessed.

Every time I visited the Larimer County Workforce Office, the VSO office, the WIOA office, I felt uncomfortable. All eyes on me. Staff made demeaning comments. I ignored it, I knew something was going on but had no idea at that time Keith had retrieve my records the same day and made my information available not only to everyone there in the Larimer County office, but VA as well, and other VSO offices. Every VSO office in the state of Colorado had/has access to my entire military medical and administrative records, without my knowledge or consent, because Keith lied and said it would only be in his office. The VSO office.

April 18, 2025, I went to an event for veterans at the Embassy Suites Hotel where all of the community veteran's agencies were present, in table top booths to assist veterans. I get to Larimer County and Trish says I'm in their system and she can see my information. She sits

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

there and share my medical informal with Volunteers of America and everyone else who came

over to her table after I left.

I met Thomas Gonzales, Weld County VSO representative, and he told me to come to his office. We set an appointment for June 13, 2025. I came June 12th and we met for a brief moment. To my surprise he had FULL access to ALL of my medical records and public sector medical records. I was surprised. Embarrassed. Mad, boarding on anger since I was realizing I had been lied too by Keith. Thomas showed me record after record of information in my file that was not mine, that the whole state of Colorado had access too.

I had a miscarriage while I was enlisted and he made sure I not only saw that, but say my deceased daughter's Death Certificate with her picture, that I lost, when I couldn't pay for my storage unit years ago, and all that information was auctioned off to the highest bidder. Thomas would NOT print off a copy nor would he let me review the things he was flashing before my eyes. He told me he could not file for me that I had to get an attorney. I was so HUMILIATED and MORTIFIED he had access to my medical records. I was coming there to sign the paperwork for him to gain access to my medical information. He already had it, and so does every VSO Officer in the state of Colorado, he told me. I was Angry that my Civil Rights, Constitutional Rights, HIPPA Rights and Privacy Rights had been grossly violated. I felt RAPED, HUMILIATED and MORTIFIED at that moment. I was lied to by Keith, I felt betrayed, and then felt violated again because Thomas refused to do my claim, but HE STUDIED my military records before I came, because he knew exactly which files to swipe by

Page **81** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

and which files to show me, and he had to dug to find my daughter's death certificate information. I was traumatized when I left his office. It took me 2 days to bounce back from seeing my daughter's death certificate and all of the other false information in my medical file, that I don't have access too, and seeing some of that information wasn't mine.

My Healthy Vet or ID.me does not work for me. My login doesn't work and I've gone to Eligibility here in the last 10 months here in Colorado twice to resolve this, but it's never resolved.

I contacted Bruce Cowan, Colorado State VSO person who oversees the VSO in Larimer County. Explained everything to him and told him to immediately remove my medical information form their data bases. Bruce told me he couldn't do that. He said only the Larimer County Commissioners could do this. I called them. All 3 had no idea what I was talking about. They said they did not cover the VSO office. I spoke to and emailed Mark Johnston, Director of Larimer County, Marcy Kasner, Asst Director of Larimer County and Marcy only confirmed that the 2 forms I signed in January with Keith were in my file. The 2 forms Keith lied about. Keith said my files would only stay in their offices. Larimer county. I told Marcy to immediately removed my records from their system. She told me she couldn't. She, Keith Gilbert, Bruce Cowan all said they could not removed access to my medical records from their system. I emailed a revocation email to Marcy giving them or anyone else permission and access to my military records. My true and false medical records are still available to anyone in a county office and a VSO and State VA office in the state of Colorado without my consent.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

January 2025, I signed up for WIOA. I was delayed until March 2025. In March 2025 I went through orientation and filled out the application for enrollment 3 times. Once in March, once in April 2025, and again in May 2025. They kept telling me that each application was for something else and a part of their process. They LIED. My Stalkers, employees of the VA and the VSO offices had violated my true and false medical records that Keith lied and said in January would only be available to his VSO office. They were trying to set me up to be psychological evaluated, from information they study from the false information in my VA medical records, THAT I HAVE NOT GIVEN ANYONE PERMISSION TO ACCESS, but false information they had read in my files didn't line up with the person they saw and interacted with, every time I came up there. On ALL VA Release of Information in each section I wrote "NO MEDICAL INFORMATION". Keith lied and said everything was electronic and he couldn't print out this form for me to sign. He verbally told me only he and the VSO office had access to this information. Keith lied. The WIOA office initially did not want to enroll me into their program. When I reached out to Mark Johnston, Director of Larimer County, and asked for his help and told him I filled out the application 3 times he apologized and investigated. This is how I was finally enrolled into the WIOA program May 28, 2025 and started classes at Cornell University June 4, 2025. Keith and the VSO violated my HIPAA Rights and my Privacy Rights. As well as the Workforce Office and WIOA office because they all had knowledge of the contents of my medical records. AS WELL AS ALL other VSO offices in the state of Colorado. Today, I am still humiliated by this.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

I have to do everything several times harder than everyone else in any and all situation, because I'm a target for hatred and people conspire to try to prevent me from moving forward.

FACEBOOK. I had an account in 2009, but didn't use it often. I only had it to monitor my kid's postings and interactions on this app. When I started my companies in 2020, 2021 and 2024, I had my assistant create my business social media profile. I viewed it. I approved it, and in 2023 was the last time she or I had access to FACEBOOK. I'm FOREVER locked out of my business account. I can't even create a personal account, because I get the message that my account is not appropriate for their community and I can never have an account with them and that I can't appeal their decision. This is the Exact same statement the U. S. Department of Energy stated when they stole my grant and my identity and my company's identity, and gave it someone else claiming to be the owners of my fin and shell fish hatchery, February 13, 2021, when I applied for their $3 million - $7 million Energy Grant.   (This is FACEBOOK mocking me because When I ask what is the unappropriated content (as I was told by FOIA and the OIG for the U. S. Dept. of Energy), I'm told its explicit and I'm not allowed in their community.) *This is me being "mocked" by facebook, because somehow they have knowledge, by their actions, that FOIA has blocked me from attaining defaming information in all government data bases so why not them.* So outside corporations that uses federal data bases and do background check has access to the false, defaming, libelous, retaliatory information that the U. S. Department of Justice Civil Rights Division knew about, but didn't remove because they thought zi would be dead in soon after I was kidnapped, gassed and then drugged – raped and severely injured by the Birmingham Police Dept. and their affiliates for 43 days.

S.A.W.

**NO attorney who deals with Government Law; Business Law; Business; Civil Rights; Intellectual Law/Property; General Practice, will take my case in all 8 states. No Pro Bono lawyers. No free attorney non- profit groups. No one will represent me in any area of law. I'm FORCED to defend myself or continue being invisible and a target, and my companie's accolades being laud by someone else, I don't know.**

Regarding FACEBOOK, I have no idea what it is. But the world can see this defaming information. I can't. My ex-assistant doesn't have access to it. This is nothing but Collaborative Hate. Someone else could be impersonating me; stealing my company's identity, and I can't stop it. I can't even view it, because FACBOOK has BLOCKED me forever, and I can't appeal it.

May 2025, Colorado Apex initially accepted my application for assistance. Then immediately after being contacted by someone, John Papil cancelled my application. I reached out to the Program Manager/Exec. Director, Patrick McGlew, and Beth Ann Taylor, Deputy Director. We met on the phone and they laughed at me, but then allowed me to move forward with Jim Kidd, Senior Procurement Counselor. Jim was not any help. He did nothing to help me resolve the concerns with SAM.gov. He and Carolynn Terrell, SBA Consultant for Larimer County SBDC, tried to double-team me to try to force me to combine my 3 companies under a holding company title. When I refused, they yelled at me, tried to call me outside my name, tried to call me crazy until I quickly checked them. They said they couldn't move forward me with me unless I

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

combine all 3 of my companies. Carolyn stated that U. S. SBA will NOT finance me unless I did this. That she worked as an U. S. SBA Employee for 20+ years. She knows all the ins and out of everything SBA. If I wanted a loan I had to combine all 3 companies under a holding company. I refused. Jim and Carolyn Terrell said they could not assist me further because I wouldn't do this. They denied me paid access to Joe Whitcomb, ESQ., which is whom Colorado APEX and Carolyn Terrell sends their clients too for legal assistance. I needed Joe Whitcomb's help with getting the information from the U. S. SBA data bases and all the governmental data bases, and they would not refer me over to him to get this done. They would only pay for me to receive legal services from him if I agreed to signed my 3 companies under a Holding Company, which I refused.

I Video Zoomed chatted with Joe Whitcomb, ESQ for about an hour for his free consultation. I told him everything about Jim Kidd and Carolyn Terrell. About the rumors in the community regarding my companies. I asked for his help with my apartment complex, because the week of March 22, 2025 when I moved in, my neighbors, the from office who approved my application and the corporate office for the complex who again approved my application, tried to create reasons to evict me. Not because I'm a loud and obnoxious tenant, because I'm not. Because someone contacted them and told them to evict me, so my dog Loki and I can become homeless again living in my car or in a hotel, so they can continue stealing my identity, my company's identity's and living my life. Joe told me to do a few things. He told me I legally could use my home address as my business address, just not conduct business out of my home or sell my products from my apartment. He said Colorado apartment complexes say I can't use my apartment as my business address, which is illegal, because Coloradoans were selling weed out

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

of their apartment. He said It's to regulate crime, prostitution and drugs from being sold out of apartments. He said it was my right. So, I emailed Rachel, Property manager and copied him letting her know I was updating my Colorado Secretary of State business addresses to my home address, and I would not be physically selling products from my apartment to the public. She agreed that would be okay. She automatically assumed I would be selling drugs because I was black and the black white ratio in this complex when I moved in was approximately 98% white and all light skin to about 2% actual black people, who lived here in March 22, 2025 when Loki my dog and I moved in.

Joe and I talked about Carolyn Terrell's behavior and my suspected actions of her and of Jim Kidd. When we first met, she said she needed a ROI (Release of Information to speak with VA, but she needed for me to sign a Power of Attorney to speak with Jim Kidd, Colorado APEX and to talk with her colleagues at the U. S. SBA to get me funded. I told her NO. I'm not signing a Power of Attorney. She said it was not a Power of Attorney in that sense. It was so she could talk to Jim Kidd, OEIDT who oversees Colorado APEX and to talk to U. S. SBA on my behalf to get me funded. I told her she has no other authority. She cannot sell my companies or negotiate or bargains or commit any other business other then talking to Jim Kidd and OEIDT, and SBA on my behalf. She said okay. I told Joe Whitcomb this when we spoke. I told him Carolyn ghosted me after our first meeting and madeup excuses why she forgot about our second meeting. I told Joe that I suspected Carolyn might have misrepresented herself and stole or sold my companies and I needed his help in find this out.

S.A.W.

He talked me down and said he knew Carolyn Terrell and what I suspected was wrong. Joe said she was like a Godfather - the go to person for all things SBA, because she used to work for them, but that my suspicions he didn't think were true because he knew her, but that I didn't have to combine my 3 companies to be funded by SBA. He said those were my rights. I told him I suspected Carolyn Terrell sold my companies when she copied my company's information when we first met. I thought it was for a SBA loan application in which we were meeting for. Most bank require your business plan, IRS papers and taxes. The Secretary of State information and I gave her my KROGER PASS paperwork showing that 2 of 3 of my companies completed their New Vendor Supplier Process and I was just waiting to hear from them to move forward in the contractual process. I never did after our meeting. Joe talked me down and said Carolyn wouldn't do that. We talked about Hope Hartman, Director for SBDC Larimer county and Zack Bergmen from VA who had referred me to her in the Boots 2 Business seminar I attended April 3, 2025 at the VA. He said, she's well known and wouldn't do that. Hope and Zack would not have referred her to me if she was that type of person. I took Joe at his word.

Joe Whitcomb, ESQ., stated I did not have to combine my companies under a holding company to get SBA backed loans. He said I couldn't afford him to sign a retainer without Colorado APEX referring me to him. He charged $5,000 as a retainer. He said if Colorado APEX wouldn't refer me over (in which they, Colorado APEX pays the retainer fee for me), then he couldn't help me further.

I spoke to Joe Whitcomb in detail under his free consultation for help with Veteran's businesses; Landlord Tenant issues and using my home address as my company address; and Carolyn Terrell

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

and Jim Kid's behavior. We spoke at length and details about my concerns with Carolyn Terrell and Jim Kid for Colorado Apex. He declined to assist me. He said his retainer was $5,000.

April 3, 2025, I was referred to Carolyn Terell, former U. S. SBA federal employee, now Consultant for Larimer County SBDC, by Hope Hartman, Director of Larimer SBDC; Zack Bergman, VA Voc Rehab, during the Boots 2 Business seminar. I didn't know I was being worked over. I trusted they had my best interest at heart since they stated they are committed to helping veterans get their businesses up and running, and I believe I could trust them.

May 13th and 14th, 2025, Carolyn Terrell and I met. She came at me stating she worked at U. S. SBA for 20+ years. She knows all the ins and out. She's got my best interest at heart, because "us" being minorities (Black. Well, she's stated she was half black and half Chinese), she was going to make sure we got ours because "they" are getting there's, and she is tired of seeing our people not getting the same opportunities as others. She appeared to knew her stuff, and I thought she was really going to help me get financed, so I trusted her because Hope Hartment, SBDC and Zack Bergman referred her to me. She asked for copies of my business plans, my Kroger PASS information, my tax information and my EIN letter from the IRS, and my Secretary of State information. I gave it to her, because that is basic information financial institutions ask for when I apply for a loan. Then she got super aggressive and tried all 5 times we talked to get me to combine all my companies under a holding company or she couldn't help me, because SBA would not approve a loan for me unless I did. She tried to harass me. She tried to yell at me. She tried to intimidate me and I had to quickly put her in her place. After about the third time we met, She said we couldn't work together after we talk about how I started my

companies. She was offended I put her in her place when she tried to intimidate me; and I wouldn't put my companies in a holding company.

She reached back out to me a few times to tell me about a wedding she was attending out of state, in Germany, and that she worked on Saturdays too. Then I got this weird feeling, because of her behavior, that she sold my business plan and my information because she was acting weird. I asked her if she had stole or sold my business plan and information for my companies, she didn't tell me "No", instead she told Terri MacDonald, Assistant Director of Larimer County SBDC to tell me she couldn't work with me anymore.

Terri sent an aggressive letter telling me to go to Mt, Carmel SBDC and not to contact Carolyn Terrell any more. I had Terri and copied Carolyn state on their letterhead if she stole and sold my business plan, or my companies, and my Kroger PASS information, in which she contacted Carolyn and **Carolyn denied receiving my business plan and all my documents**. That email is very much a part of this complaint. During these email interactions I revoked Carolyn's authority to work or do anything on my behalf and on my companies' behalf and that included Larimer County SBDC as well, because she had lied about receiving my documents. Joe Whitcomb, ESQ., Jim Kidd, Colorado APEX; Hope Hartman, Director of Larimer County SBDC; and Zach Bergmen, VA- Voc. Rehab., all recommended Carolyn Terrell to me and stated she was the go to person for all thing SBA, because she worked for the U.S. SBA for over 20 years. Carolyn the derogatory information in the U.S. SBA federal data base and saw me as an easy target to steal from. If the U. S. Dept of Justice Civil Rights division had removed this libelous and defaming

false retaliatory information when they completed their investigation to help me against the Birmingham Police dept, them I would have been a target for Carolyn Terell or Jim Kidd.

October – December 2024, I applied to ALTCAP financial loan, John Teasdale took my application and all my supporting documents. He did not want to meet with me in person nor through Zoom meet. He denied my application. Approximately November 29th, 2024, I pulled my credit from Credit Karma, and saw I was approved through ALTCAP for a loan for $2450. I also saw that someone had pulled a soft credit check on me every day for a little over a year.

John Teasdale told me I was denied, but they approved my loan and gave it to someone else. I tried to file a police report for theft and antitrust, but the Northern Kansas Police City dept initially would not take a report when my neighbor threatened to shot me. They did not take a theft report either. I found out approximately December 2024 when I successfully pulled my Credit Karma account and saw I had a new loan in the amount of $2450 from ALTCAP added to my credit history. Not an inquiry. It was listed as a new debt.

Congressman Sam Graves and Congressman Emmanuel Cleaver would not contact U. S. SBA, regarding ALTCAP. The loan was backed by U. S. SBA in my name, but I didn't get it. They wouldn't contact U. S. SBA to investigate. They were still protecting the Clay County Missouri Sheriff Deputy in the CCW Permit dept., that stole my identity and put in the U. S. FBI Data Base that I was from the County of Hungary.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

So, I am, and have been a target for every government criminal employee.  Every criminal, every human trafficker, every gang member, because through all of this I have been a "slave" working hard to get my companies up and running and applying for jobs that no one wants to hire me for, so I work part-time for Uber Eats Delivery.

Approximately June 2025, I went into Canvas Credit Union to open up a Business Account. Taylor Zeigler, Bank Business Account Agent and I  spent 3 hours completing all 3 companies application and opened up all 3 business accounts after getting them approved by Sean Andersen, Branch manager.

Taylor, cancelled and closed all 3 of my newly opened accounts because someone came into the bank and told her I sold my companies and I'm trying to steal them back.  Taylor cancelled all 3 my accounts. She told me my deposits into these accounts would be mailed to me.

The next morning I received a call from Ft, Collins Canvas Credit Union Branch Manager.  I went to Loveland to open the accounts with Taylor, but Taylor was originally from the Fort Collins Branch.  Taylor was helping out the Loveland Branch. The Branch Manager from Fort Collins Branch called me and said that my accounts were closed because I am a fraud, and these are not my companies and the Fraud dept closed my accounts.  I rebutted and told her to send me an email or an official letter to that effect.  She refused.   I asked her who told her that.  She declined to tell me. She said the Fraud would send me a letter.  I couldn't really validate if she

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

was actually from the bank or someone calling me at random.  This is why I met with Loveland

Police Officer – Officer Ake to report this and the fact Dwight Nelson's name is on y phone

carrier records.  He wouldn't even take a report.  He said he was not investigating. He sat in his

chair as I showed him evidence and told him of all these things, as if I was from Mars.  He could

care less.

INSTEAD of a letter calling me a fraud, I received a letter saying, "They are sorry to see me

go…", implying I voluntarily closed my account, which I didn't.  Then later I received a check

for each one of my deposits from my company's business accounts.  Discriminated, defamed,

libeled, slandered, mortified, and humiliated. I was called a fraud and a theft.  That I didn't own

my companies, and the police department wouldn't even take a report.

In June 2022, I applied for a Business Loan with ECDI Headquarters in Columbus, Ohio, when I

lived in Sandusky, Ohio. They too denied me. I filed an U. S. District Court Anti-Trust Lawsuit

against them because they denied me under someone's credential and not my own. They had me

listed as someone who had a delinquent mortgage, and unfortunately, I have never had a

mortgage or owned a house.  They had me listed as someone who had just gotten out of jail and

I was not in jail. Their whole demographics were from someone's file and they based my loan

application on that person and would not correct it.  So I'm sure they granted someone else's

loan using my credentials.  I applied for $100,000, but then after meeting with the Director

bumped it up to $500,000.  They gave my loan to someone else using my credentials and the

Director was in on it.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

I had them served and turned in my Proof of Service to the U. S. District Courthouse in Columbus, Ohio.  Case: 2:23-cv-00138-SDM-CMV.   ECDI never provided an Answer so I submitted the required correct documents to win my case by default.  The court dismissed my case. The clerks told me if I made another request to speak to the judge that they would have the U. S. Marshall arrest me, that I couldn't discuss my case with the judge in a side-bar. They, The Clerks said I couldn't appeal because they had terminated my case hours after I received the dismissal notice in the mail.  Constitutional Rights and Civil Rights obliterated.

It's the same hatred in every state I go too.  I know I'm being shafted.  The police, the government, the courts are working with the criminals.

September 2024, I filed a case in U. S. District Court in Kansas City, Missouri.  I was initially told to give the judge about 4-6 weeks before I hear something on my IFP Waiver I filed.  In approximately 10 days my case and all my supporting documents were dismissed and terminated.  I was told I couldn't appeal their decision. The female Clerk said I couldn't appeal because they had terminated my case.  Constitutional Rights and Civil Rights obliterated.

I'm a constant target.  The Sheriff Deputy in the CCW Permit office committed a felonious crime against me by intentionally switching my fingerprints with some one else and changing my Country of Origin from Cincinnati, Ohio, USA to the Country of HUNGARY.  Then calls me to

Page **94** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

pick up my CCW Permit license from their office, shows me this in the U. S. FBI data base, and lie and say they don't know who uploaded that information into the the FBI's system. Knowing all the while it was their colleagues. The other female Sheriff Deputy who stole my identity and committed this felonious crime. I went to the State Attorney's Office twice; County Attorney's Office; Congressman Sam Graves Office who contacted U. S. FBI in Washington D.C. on my behalf and Dawn Daniels confirmed it was from the Clay County CCW Permit office when I applied for my CCW Permit that had changed my citizenship. Government, Congressmen **covering** for a felonious criminal act from the Sheriff Deputy law enforcement.

I had to come to Northern VA Colorado, get with VA Liaison for Congressman Neguse's office Heather Campbell, and have her send to Dawn Daniels my military records, birth Certificates I had already shown all of the above, my Social Security card, my Arkansas Driver's license, and all of my important ID's, Heather sent by email and by mail just to have it reversed, February 13, 2025. 5 months as me being listed as an immigrant with initially a ton of false criminal violations that the CCW Sheriff Deputy intentionally switched my records too on October 21, 2024, when I wen to pick up my CCW Permit and all of this was brought to my attention on November 6, 2024, day after President Donald Trump won the presidential election and immediately gave I.C.E. authority to arrest all immigrants who had committed crimes, for deportation. Nothing but HATE, based off of false information from a sworn sheriff deputy.

Larimer County Small Business Development Center; VA Northern Colorado; Attorney's General's office; Larimer County Military and Veterans office; **and all the other listed defendants in this case**, have treated me/ listed in their data bases derogatory information about

Page **95** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

me; dismissed based on false information received about me and my companies – calling me a fraud, imposter, not the owner of my company, mentally ill, or invading my HIPAA Rights by accessing or uploading derogatory information into my VA records – both medical and administrative; or just flat out have called me a theft.  That I sold my companies and I'm trying to steal them back. All of the defendants have criminalized, defamed or stolen my identity in some way.  Because the door was opened by the U. S. Dept. of Justice – Civil Rights Dept. years ago, and that false/fake information and lies in their data bases is accessed by all the defendants. Criminalizing me. Defaming me. Stealing my true identity. Opening the door for others to abuse their authorities in these government offices and further steal my identity, my rights, my privileges, and to some extent my companies.

I bring all of this and will easily prove it, to this United States District Court, Honorable Chief Justice Judge, Honorable Philip A. Brimmer, that due to the U. S. Department of Justice Malicious Negligence, opened the door for all of the defendants, their employees and staff members to see me as a "Cash Cow" for them to steal my companies, steal my business plans, get funded using my credentials through SBA, and/ or business plans, lie and say I work or worked for them and they have rights to ownership for my companies, **which they do not**, or that I have signed documents or given verbal or written Power of Attorney too, **which I have not**, or that my Husband (which I am NOT married since September 19, 1996 – April 4, 1987) – my deceased Father and Mother – my sibling or children - has full authority to operate my companies, **which no one has this FAKE/FALSE authorities.  No one other than me and I'm**

**not married.  I am the Owner/CEO-SOLE-Member-Manager of all 3 of my companies.**

**None of these scenarios legally applies to me, but the defendants approve then as such.**

These false actions, accusations, FAKE/FALSE statements, fake paperwork that the defendants are creating, supporting, have placed in their data bases, are all Mental Cruelty; unnecessary DISTRESS; is HATRED; is FALSE Malicious documents in federal agency's databases, and everything else I mentioned as allegation on the first page.

This case is related to the 5 previous Federal United States District Court Cases I submitted in the following states: Hawaii- May 2019; Alabama-February 2020; Louisiana-May 2021; Ohio-2022 and 2023; Indiana-2023; Missouri 2024; and now here in this United States District Court under your authority.  It keeps repeating because the U.S. Dept of Justice Civil Rights Division provided the shield/covering for all these defendants to steal my identity, steal my companies and all the allegations I posted on the first page of this Complaint.

If the Department of Justice Civil Rights Division had thoroughly completed their investigation and thoroughly executed justice, I would not have been or be targeted by these federal, state, county agency employees using their position and office as a covering.  Abuse of Power under the Color of law. This applies to all the defendants listed.

My identity would not be listed fraudulently in federal databases. My Civil Liberties, my Constitutional freedoms, My Amendment Rights would not have violated and my personal health

and well-being would not be compromised if the Department of Justice Civil Rights Division had thoroughly completed their job May 5-8th, 2020 to June 30, 2020.

From 2020 to 2025, I though all of these events were "coincidental" up until a point. A fluke. A glitch in the companies and agencies I was applying too. Not the COUNTRY I SERVED FOR 9 YEARS AS A CHAPLAIN'S ASSISTANT IN THE ARMY, ARMY RESERVES AND ARMY NATIONAL GUARD, in several federal data bases had stolen my identity and had/is portraying me to be someone other than whom I am.  Making me a target.

I work for myself and part-time for Uber Eats Delivery.  I've never worked for any of the defendants nor ever in partnership with them.  The defendants directly or indirectly colluded, assisted, or furthered criminals to target me by uploading lies, falsified, defamatory information about me into their data bases, or simply not submit any of my applications when I applied for their assistance or applied for funding.

*Especially Huntington Bank; KIVA; Bank of America; Canvas Credit Union ALTCAP; U.S. SBA; U.S. SBA Advocacy; People's Bank; Regions Bank; PNC Bank; 5th/ 3rd Bank; ECDI; and all of the other financial institutions – that are CDFI's (FEDERAL Community Development Financial Institutions), that receive special status with the U. S. Department of the Treasury for funding businesses, small businesses, disadvantaged businesses, and minority businesses.*

I applied for a personal and/or business loan and my applications didn't make it off their desk, nor to their perspective loan departments with my True, actual credentials and information. ECDI used someone who had just gotten out of jail and had a mortgage. Both of those scenarios do not apply to me. Huntington Bank asked for my 2024 taxes 4 times. I submitted them to him 3 times. Justin L. McAlpin, Branch Manager submitted it to Nick Roark, Business Banking Loan Officer, and Nick never submitted it to the Underwriters. I supped 10 years of personal taxes and each year my companies were in business. Never submitted. Their Customer Service person in their Business Banking Customer Service department confirmed this with her silence when I asked her if she could see or confirm if there was an application for either Sherry Ann Wiley or Restore & Evolve, LLC. She put me on hold and later came back to state she has escalated my information to one on the higher ups to contact me as soon as possible (paraphrased), October 2025. When I applied back in June 2025, Donya K., Branch Manager never submitted all of my information I placed in her hand during our meeting. She followed up in an email asking me to submit the exact same information I hand delivered to her, as if I had never given it to her. Graham, Customer Service Supervisor, told me back then he would open Business accounts for all 3 of my companies and my application would be submitted. It never was. 2 of 3 of my company's business accounts were opened. My application for their Lift Local Program never moved forward. That's why I reapplied with Justin and Nick in October 2025 at a different branch location.

KIVA, Dani TraFallo and Michael (Mike) O'Donnell, Executive Director of KIVA and Prairie Rose Development, stated all applicants for the state of Colorado are funded. During their crowd funding champaign, if the person can't get the required amount to be funded, then they rally

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

within their organization that helps the applicant get the required fund amount, enabling them to get their full funding from the corporate office. I applied in April 2025. They denied me in June. It usually takes less than 30 days to be funded. It took almost 10 weeks and I was still denied.

They discriminated against me. They didn't allow me to rally with their private investors within their organization, so I was denied. Criminal who just get out of jail are funded. People with a credit score of 500 are funded. When I applied, I had no TRUE or LEGAL criminal background. My credit score was approximately 612 at that time. I more than qualified. I was discriminated against. I suspect someone else got my loan using my credential.

Falsification also applies to Carolyn Terrell, consultant for Larimer County SBDC and former employee for over years of U. S. SBA. See was referred by Hope Hartman, Director of Larimer SBDC and Zachery Bergmen, VA – Voc. Rehab Counselor. Later, Joe Whitcome, ESQ., stated Carolyn was the Godfather for everything SBA. If she said she could get you funded, she will. She's the go-to person for SBA. When I had concerns about her abrupt behavior and her wanting me to combine all 3 of my company's under a holding company, and my refusal, she became aggressive. Joe stated I didn't have to combine my companies under a holding company to get funded. He reaffirmed she's well known and wouldn't steal my companies. If she said she could get you funded, then work with her to get funded. She can get you funded. So, I believed Joe Whitcomb, ESQ., Hope Hartman, Director of Larimer SBDC, Jim Kidd, Colorado APEX Case Manager, and Zack Bergmen, VA – Voc. Rehab Counselor, that Carolyn Terell had mine and my companies' best interest at heart.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

May 13th, 2025 Carolyn and I met on a Zoom call for funding. She expressed she worked for U. S. SBA for over 20 years. She knows everyone and she's good at her job. She said she could get me (my companies funded.) We met physically met May 14th, 2025 at her office in Fort Collins, Colorado. She stated and reaffirmed this statement the day before and during our meeting, "I worked for U.S. SBA for over 20 years….". "I know everyone who works there…". "I can get you funded…". "They get theirs; I'm gone make sure we get ours…". (Meaning "they", white people, were getting loans; she was going to make sure "we" us being black; as she stated she's half Chinese and half black), she was going to make sure we got ours.) She said she could get me funded. I believed her. I trusted her. She came highly referred from whom I thought were credible people.

During this meeting, Carolyn asked for and copied my Business Plan for all 3 companies; My Colorado Secretary of State information; My IRS EIN Letter; my Duns and Bradstreet information; My Articles of Incorporations and Articles of Organization; and my KROGER PASS New Vendor Supplier Approved application. I was awaiting the next phase of getting hooked up with their EDI department, Agreement to a contract to supply their stores with my Nutritional Beverages and My Hair Growth Conditioners; and my IRS taxes. She said if she couldn't get me funded fully then she could get me Operational microloan, but she could get funded. She copied all of this information.

Then she asked me what happened that caused me to create my businesses. I told her what happened with the Birmingham Police department and the kidnapping; the U. S. Dept of Justice Civil Rights Division, and how God reminded me of my education o formulate my Nutritional Beverages, My hatchery was already the center point, and how I later formulated my Hair

Page **101** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

Growth Conditioner company. She listened intently while copying all of my above stated

information on her scanner/copier/fax machine on her office Deskjet, as I told her what

happened. I was emotional, distressed, and candid. She already knew what happened. She

wanted to hear my version. When she researched me in the U. S. SBA data base, she saw all the

derogatory, false, libelous, defamatory information that the U. S. Dept of Energy, their OIG, their

Secret Service; the Birmingham Police Dept; what The U. S. Dept of Justice Civil Rights

Division left and or possibility added to; FOIA, and what the U.S. SBA put into their data base.

Carolyn saw all of this. While I was telling her my version of what happened, she was emailing

or typing to someone in real-time on her computer after she had copied all of my documents.

Carolyn told me in order for her to speak to Joe Whitcomb, ESQ.; Jim Kidd, Colorado APEX; to

communicate with OEDIT; communicate with U. S. SBA and discuss the possibilities of me

getting a loan, she as my ADVOCATE in getting funded, she needed for me to sign a release.

I signed a VA-ROI (VA Release of Information) so she could communicate with the VA. In each

section I wrote "No Medical Information".

Carolyn printed off a Power of Attorney and stated she needed this in order to communicate with

Joe Whitcomb, ESQ.; Jim Kidd, Colorado APEX; to communicate with OEDIT; communicate

with U. S. SBA and discuss the possibilities of me getting a loan as my ADVOCATE. I told her

NO. I'm not signing a Power of Attorney. I'll sign a ROI. She told me, it only gives her the

authority to talk to them on my behalf. I told her NO. I had a scheduled meeting with Jim Kid

during our meeting. She invited herself to our meeting that's why we met on the May 14th again

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

in person so she could be present.  Jim Kidd said (He was on the phone) while we were in her office, Jim confirmed, "YES", Carolyn needs a Power of Attorney to speak to him and any one else on my behalf because she is/was U. S. SBA.  Jim said that's her ROI.  Jim and Carolyn both said that was normal.  She can't sell or do anything without my approval.  It's a partial Power of Attorney.  Jim and Carolyn said in order for them to refer me over to Jow Whitcomb, ESQ to help me with any business assistance, (i.e. SAM.GOV – discrimination and with getting confirmation that the U. S. SBA, FOIA, and other federal data bases information regarding me and my businesses from what happened with the Birmingham Police Department), I needed to sign the Partial Power of Attorney. It was the normal process for her and SBA.  I believed and trusted them.

I suspect that Carolyn and Jim misrepresented themselves.

I believe I was lied too by both of them.  I believe they abused their authority, their titles and positions and conned me, because after this meeting, both of them in the next 3 times we talked/met they both were unprofessional, disrespectful, aggressive, tried to intimidate me,  they yelled at me and each meeting tried to get to get me to combine all 3 of my companies under a holding company and that was required going forward.  I checked their aggressions each time. I told them I was not combining my companies. I told them they better remember their "motto" and their "about" mission statement that their perspective companies state and broadcast being that they don't discriminate, and that they will be respectful and professional (paraphrased).

Both Jim and Carolyn said if I didn't combine my companies, they couldn't move forward with me.  I profusely "Refused."  They didn't refer me over to Joe Whitcomb, ESQ nor paid for his

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

retainer to help me and my companies that Colorado APEX do to their clients who need legal assistance. Carolyn didn't help me get funded, but kept promising for me to be patient, that she had 5 things to complete before I would be funded. I was never funded. Jim stopped meeting with me and helping me with SAM.GOV. He stopped helping me with getting any government or military contracts. I believe he saw what was posted in their data bases or Carolyn told him what was posted in the U. S. SBA data bases or in the federal data bases period. I was discriminated against because of the false information in federal data bases I'm not privileged to.

Then Carolyn called me on a Saturday while I was in the Fort Collins Library, saying she was in Germany at her friend's wedding, and she work on Saturdays also. She said she was out of the country and she was still working for me.

Approximately, May 28, 2025, Carolyn and I was scheduled for another meeting in her office. She didn't show up. She didn't cancel. I called her from her office and texted her. The receptionist gentleman called her and left a message. She didn't respond while I was in her office. I waited 30 minutes and then left.

She called me as I was driving home and said she was going to meet with Zachery Bergmen, VA – Voc. Rehab Counselor. I said okay. I had stopped working with Zack *and revoked his Release of Information and any privileges to speak to anyone regarding me because he refused to enroll me into VA - Voc. Rahab and pay for my courses at Cornell University; and he refused to refer me to Tolmer in Fort Collins for a part-time job.* He wasn't helping me with services his boss Tatum Webb, VA Manager, stated I qualify for. Zack was discriminating against me.

Carolyn didn't know this. So, when she said she was meeting with Zack and she was going to be

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

speaking with him regarding me. She tried to intimidate me. I asked her did he say he was speaking to you about me? She said yes and she was going to tell him I wasn't cooperating with combining my 3 companies. I told her she should call him now on a 3-way. She put me on hold, and then said he wasn't available. I told her I know you don't know, but if Zack even says Sherry Ann Wiley he and VA are in a lot of trouble. I told her I revoked all of Zack's privileges and his ROI. I said Zack don't direct or control anything I do. I asked her why was she trying to intimidate me to combine my 3 companies? I told her to stop because I was not doing it. I asked if she was going to help me get funded, get a loan or not? She said, yes, she was still working to get me funded, it would be easier if my companies were combined. I told her no. Just please get me funded.

Then another time she called me, I happened to be at the Fort Collin Library again, and she tried to insult me by calling me names. I quickly checked her and told her she better not call me outside my name again. I made sure she understood where I was coming from with that statement. She said OKAY.

Then I got an email from Terri MacDonald, Assistant Director for Larimer SBDC stating Carolyn had contacted her and she was warning me to stay away from Carolyn. Carolyn called me "outside of my name, mocking me" and Terri calls me to Not to call or contact her again.

I called to speak with Terri, but Becky, Larimer SBDC receptionist said she was out at a conference and Hope Hartman, Director was also out for the conference. I told her I just received an email from Terri telling me not to contact Carolyn Terrell. I asked what was going

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

on?  She said she didn't know anything about it.  She told me to communicate with Terri via her email.  I did.  I told Terri and copied Carolyn on all these emails, to verify and confirm that Carolyn didn't steal, sell or misrepresented herself, me or my companies in any way with that partial Power of Attorney.  Terri responded with an entry from Carolyn's email to her that she never copied, nor has she stolen or sold my companies' information to anyone.  Terri cut and pasted on her email to me – Carolyn's statement. *I emailed <u>Terri and Carolyn</u> that they needed to shred every information Carolyn lied about receiving.  That my business plans nor any other of my information better not get into anyone else' hands for their gain.  I sent an email REVOKING the Partial Power of Attorney I had signed for her.*  Terri reaffirmed that Carolyn didn't steal or sell my information, and referred me to Mt. Carmel SBDC.  They did nothing to help me.

I sent an email and text message directly to Carolyn stating the same.

I believe Carolyn and Jim falsified information.  Placed that information into their perspective state and federal data bases further blocking me and my companies from getting assistance from their organizations. The attached emails will collaborate this.

I believe that Carolyn may have submitted something into OEDIT's data base as well. I believe Carolyn saw what was posted in the U. S. SBA data bases from the encounters from the Birmingham Police Dept, and the U. S. Dept of Justice, Civil Rights Division and the other data bases they have access too, and decided I was a "Cash Cow" and abused their authority.  They

clearly discriminated against me.  I'm constantly a target because of the lies that the U. S. Dept of Justice, Civil Rights Division didn't remove out of federal data bases.

I believe Jim Kidd added his 2 cents into Colorado APEX's data bases and possibly into Sam.gov data bases defaming me as well.  He too discriminated against me by not assisting me and by not referring me to Joe Whitcomb, ESQ with help getting this defamatory information out of federal data bases.

The Clay County, Missouri, Concealed Carry Weapons Permit Office - Sheriff Department in Liberty, Missouri. The Sheriff Deputies and staff falls under this as well as ALL of the listed defendants.  They all abused their authority.

**October 21, 2024,** I went to the Clay County CCW Permit office at the Sheriff's Department to submit my required class training to obtain my CCW Permit.  I went to submit my $100 fee they charged me, (a false fee I was charged. I later saw they advertised the fee for $10); have my fingerprints completed; I presented my valid Arkansas Driver's License, my Missouri Voter's registration card, My Social Security Card, My VA pictured Identity card, and I believe my Indiana Alcohol and Tobacco Commission Bartender's Employee Permit ID, dated December 14, 2023, expiring December 14, 2026, to also show credibility to my identity.  The Indiana ATC completes a full criminal background check on every bartender in order for them to bartend.  It's a national certifying permit.

The Deputy submitting my fingerprints into the U.S. FBI database, or the deputies behind the desk, or another deputy Falsified my true identity by switching my identity with someone else, and changing my Country of Origin from Cincinnati, Ohio, USA, as it states on my Ohio Birth Certificate, and all of my U. S. Army, Army National Guard, and Army Reserves military records, to the County of HUNGARY.

No one in my family's genealogy (... on my deceased father's side Minister Percy Lee Hubbard, Philippians Baptist Church, nor my deceased mother's side, Eva Muriel Lowery Hubbard, LPN, Cincinnati, Ohio), going 3 generations back is from the Country of Hungary.

November 6, 2024, day after I worked the USA Presidential Election as an on-call Ballot Judge for Jackson County, Missouri, I went into the Sheriff's CCW Permit Office to pick up my CCW Permit. Several politicians in Missouri ran on the premise of deportation and won, The Deputy rechecked my Driver's License, my Social Security Card, my VA pictured ID, my Missouri Voter's Registration card, my Indiana ATF card, and I offered to go to the card to get my bag where I had my Ohio Birth Certificate. She told me my Ohio Birth Certificate was not needed. She showed me my U.S. FBI Background Check record that showed the change from Ohio to Hungary as my Country of Origin. I asked who "Who changed that? I'm from Ohio." I told her my birth certificate was in the car I could go get it. She said "No, It's not needed." She failed to tell me that they changed it. She told me that wouldn't affect me getting my CCW Permit, but I needed to go to the Immigration office to get it changed back. She was setting me up.

Instead, I went to the State and National Attorney General's offices; To the Northern Kansas U. S. FBI office, Congressman Sam Graves Office, and later to Congressman Emmanuel Cleaver's Office to get this reverse and placed accurately into the U. S. FBI's data base. Everyone of these entity I had talked to and made them aware of my 3 companies, and that I was being hunted by the Klan, the Crips and Warlords, and that people in the community were saying I sold my companies and was trying to steal them back, They all knew I was being criminalized and was a target. They had all seen my OHIO Birth certificate and all my other ID's. They all saw that my companies were registered in other states under my name and my demographics. None of the above did anything to help me except, Congressman Sam Graves' office contacted U. S. FBI Analyst Dawn Daniels, who confirmed that the Clay County Sheriff's Department changed it October 21, 2024. The day I submitted my CCW Permit fingerprints and paperwork to get my CCW Permit. Dawn Daniels, U.S. FBI Analyst, confirmed that the Clay County Sheriff's Department changed this, and Congressman Sam Grave's Office would not submit any forms, my birth certificate or any documentation I had presented for them to correct this.

ICE started arresting people at mid-night November 5, 2024 after the election results were in. These government entities, knowing the truth about my identity conspired with the Clay County Sheriff's CCW Permit office and placed me on the list for ICE detainment.

Still trying to get funding for my companies, working Uber Eats every day, trying to make business connections I was stalked by law enforcement who once wore uniforms, but now in plain clothes following me around. All entities knowing, I could not have worked the Presidential Election as a Poll Pad Judge in August 2024 Pre Presential Election, nor have been on call for the

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

S.A.W.

Presential Election November 5, 2024, if I was a criminal as law enforcement and the community were calling me in order to steal my identity and my companies.

So, Malicious Prosecution; Criminalization; Conspiracy; Identity Theft; Defamation both libel and slander; State and Federal forms, Data bases, Falsification with intent to have me falsely prosecuted and deported to Hungary, a country I have never been too, nor have family from. Constitutional and Civil Rights Deprivation because this hindered me getting funding for my companies or getting any other viable job after applying and working for a few days to 2 weeks maximum.

Defamation into the U.S. FBI data base that many other governments, law enforcement agencies, and many businesses and banks all use during a background investigation. And Violation of my HIPPA Rights, Privacy Rights because they all called me crazy, when I'm not, and started rumors I was mentally unstable because I sold my companies and now I'm trying to steal them back. Which I am not, nor have I sold any of my companies I'm trying to get up and running, that they are interfering with.

*Because I felt our lives were in immediate danger, and law enforcement just gave my neighbor the green light to shoot me and say it was self-defense and label me with a lie; the fact that Range USA denied me my purchase for a gun; and I had no law enforcement agency upholding their sworn oaths to protect me and all citizens, my dog Loki, 7 yrs old, Blue Merle Catahoula, and I moved to Colorado, January 7, 2025 for our safety, after my neighbor threatened to shoot me and the Kansas City Police, and FBI wouldn't take a police report initially, would not give me*

Page **110** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

S.A.W.

*his name nor arrest my neighbor after I physically went to the police department twice, each, and applied for a gun at Range USA, where I was denied, because my country of origin stated Hungary and I'm from Cincinnati, Ohio.*

*Approximately January 13, 2025I met with Heather Campbell, VA Northern Colorado, Liaison for Congressman Nuguse, Congressman here in Colorado, explained the above and showed her all of my supporting documents from these agencies.  She submitted the VA Federal Form of Identity, along with my military records, Honorable Military Discharges from the U. S. Army, Army National Guard and Army Reverses, with my awards letters along with my Arkansas Driver's license, Social Security Card, Ohio Birth Certificate, my utility bill from Kansas City, Missouri and other documents to Dawn Daniels, U. S. FBI Analyst in Washington D.C.*

*Approximately, February 12, 2025, Dawn Daniels replied to Heather Campbell and copied me that my U.S. FBI Background information in their national data base had been changed back to showing my Country of Origin bring Cincinnati, OHIO USA.*

*From October 21, 2024 until February 12, 2025, I could have been illegally deported to the County of Hungary by the CCW Permit Sheriff's department in support of the Klan, The Crips and Warlords who were/are trying to steal my companies, and whom have criminalize me in their capacity as working for the Missouri and federal law enforcement.*

### THE UNITED STATES FEDERAL BUREAL of INVESTIGATIONS

In Missouri after going to the U. S. FBI in Northern Kansas City, MO; going next door to the North Kansas City Police Department several times; Reaching out to Senator Eric Schmidt; Congressman Sam Graves and Congressman Emmanuel Cleaver, down to the Clay County Sheriff Department who not only stole my identity and changed my identity to: Sherry Ann Wiley, City/State/Country of Original , the country of HUNGARY, October 21, 2024 – February 12, 2025 after I took the appropriate Conceal Carry Weapons Class at Range USA and went to the Clay County Sheriff Conceal Weapons Carry Department o receive my CCW Permit, because I was being hunted by a group of people I identified as the Klan, Crips, Warlords, and human traffickers who stole my identity and convinced the sheriff deputy to change my legal citizenship Birthplace status from Cincinnati, OHIO to the Country of HUNGARY and forwarded my information to I.C.E.

This was done to cover up the people I identified as the Klan, Crips, Warlords, and thieves, from stealing my companies I had previously started in different states:

S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC, Birmingham, Alabama originally September 2019, but I didn't launch it until January 1, 2020, because U. S. SBA and SCORE office decided since I was a female veteran, with an Honorable Discharge, Educated, and had knowledge to run a State-of-the-art Indoor Fish and Shell fish Hatchery using new energy using aquaponics, that could run year round and not seasonal, that could produce 14 other incomes from this one hatchery was more then what they were willing to allow since I had just moved there and there was no other hatchery like this in the state. Being a female veteran, I stood to take 50% - 75% of all federal contracts in SAM.GOV and afforded me several grants being a new, start up industry. It was practical, and my business plan showed the viability of success. After I

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

launched my company, S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC January 1, 2020, I attracted these thieves who tried to steal it from me; who tried to terrorize me into telling them how to run it and how to produce the 14 other streams of income from this one company.

Restore & Evolve, LLC, I started in Centerton, Arkansas December 13, 2021, A Nutritional Beverage Company. This beverage in 5 different flavors, is what I drank daily, and several times daily, to Reverse the neuronal damages that I incurred when the Birmingham Police Department kidnapped me, conspired with many other Healthcare professionals, the Klan, Crips, Warlords and thieves, and for 43 days tortured, tranquilized me, sedated and raped me, and gave me a chemical lobotomy – every day for 43 days.  My Nutritional Beverage reverse the neuronal damages, rejuvenated my entire body systems and bruises, and regenerated neuronal growth and new neuronal pathways. I was studying to become a Pathologist years prior to moving to Alabama with 2 graduate level professional certification s in Advance Pathophysiology; Hematology and Advanced Pathophysiology: Intro. to Pathology.   In previously years prior to this, I had been accepted into a Pre-Med program. So, a lot of knowledge, Divine knowledge, love, and prayers to God Almighty went into perfecting my Nutritional Beverage.

This Medicinal Plants Certification also carried over into my Hatchery and my Hair Growth company, because one of the spin-off incomes is from my hatchery is my specially formulated fish food; and for my hair growth company Natural Phytochemicals, Botanical and herbs that naturally grows all types of hair.

ABSALON, LLC is my all-natural Hair Growth Company I started in North Kansas City, Missouri, May 28, 2024.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

To get my VA Liaison for Congressman Nuguse's office, Heather Campbell, to reverse the felonious act of the Sheriff deputy in Clay County CCW Permit office, that the police and FBI protected, and reverse their entry in the U.S. FBI CODIS Database, the database used for all federal, state, city, and county agencies and some businesses use for conducting background checks. The VA Liaison for Congressman Nuguse's office, used my true Cincinnati, Ohio Birth Certificate and my Military records and my 3 Honorable Discharges from the U. S. Army; Army National Guard and the Army Reserves, my driver's license and other certified documents to restore my national citizenship and identity back to my original self.

If on May 5-8th, 2020, when I spoke to the young lady at the U. S. Department of Justice Civil Rights Division, and she then in turn initiated and completed the firing of the 38 Police Officers, The Chief of Police of the Birmingham Police Department; Judge Alan King, Presiding Probate Judge for Jefferson County; Attorney Thomas Diasio, and my kidnapping, gassed, drugged and rape March 19, 2020 – May 1, 2020; if she had just secured and reversed the damages and lies they did to my identity, my entire life, my Constitutional Rights, my whole identity, secured my HIPAA Rights, Privacy Rights, if she had thoroughly reversed all of the damage that was done to me during that prosecution of these federal and state agencies during that time in May 2020 – June 30, 2020, and restored ALL of my freedoms, I would not be a retaliatory target for the defendants.

These are the federal, state, and county agencies; local businesses and banks I've been silently barred from, through the U.S. Federal government, and in their federal databases, that after

Page **114** of **153**

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

previously requesting hard copy reports from or assistance from have been denied and my true identity among federal agencies still stolen.

I reached out to Congressman Sam Graves office and Emmanuel Cleaver III's Office in November 2024 when I lived in Missouri, Regarding U. S. SBA and the Clay County Sheriff Department.  Congressman Sam Graves's office confirmed by Dawn Daniels, U. S. FBI Analyst that the Clay County Sheriff Depurty on October 21, 2024, changed my U. S. citizen status from Cincinnati, Ohio to the Country of Hungary and with my Ohio Birth Certificate, my SSN, My Driver's License, My VA ID, and my DD214 and other military records, my Evergy Electric bill in hands -  still covered up/protected the Sheriff deputy's actions  by not asking Dawn Daniels to reverse this, when they had federal documents to prove my citizenship and identity.

When the Elections Attorney in the State Attorney Generals twice, held in his hands my Ohio Birth Certificate, my SSN, My Driver's License, My VA ID, and my DD214 and other military records, my Evergy Electric bill in hands - still covered up/protected the Sheriff deputy's actions by not asking Dawn Daniels to reverse this, when they had federal documents to prove my citizenship and identity.

When I reached out to Colorado State Attorney General's Office for assistance with hate crime coming from people in community and the Loveland Police Department and sheriff office criminalizing me slowing driving behind me in Loveland Sports park when I walk my dog, Loki. People in community that I don't know, saying I was a prostitute, homeless (because I use

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

comforters and quilts as backseat covering for my car, which they had to look inside my car to see this. Random people who literally follow me from the Sports park to Walmart, the gas station, even to SERVE 6.8 – a community outreach ministry that most churches in northern Colorado use for community services – their employees, say and imply to others in my presence when I went to sign up to volunteer and seek services, that I'm a criminal - I stole my companies and trying to steal them back, and I have anywhere from 5 – 20 trucks, cars, SUVs follow me around when I'm working my part-time job with Uber Eats Deliveries, trying to drive me off the road; driving inches behind me with their bright lights on the County – Country road at night when I'm trying to make deliveries, that are visible on "some" of the cameras the state have on the interstate, and streets in some areas here in Loveland, Johnstown, and Fort Collins and on I-25 that can collaborate this. This not only interfered with me volunteering, it interfered when I considered applying for a jobs. These lies spread through the community defaming me and stealing my true reputation. It's White Collar Crime and HATE.

I reached out to Congresswoman Lauren Boebart for this same assistance I asked for the State Attorney General's Office. Her constituent services persons said, "No" they will not help me with this.

Approximately January 20, 2025, Andrew Benefiel, Attorney for Jorgensen, Brownell and Pepin and I met and talked about this law firm submitting my companies to the Colorado Secretary of State, and supporting me as my Registered Agent. I hand delivered 330 pages of documents for my company's information, Articles of Incorporations; Articles of Organization; previous

Page **116** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

Secretary of State Certifications, and other pertinent information as we discussed. I had typed up my formulated my Articles of Incorporations and my Articles of Organization for all 3 of my companies showing I was the "Owner/CEO-SOLE-Member-Manager". All he had to do was submit them per meeting conversation and our retainer agreement. Instead, he submitted the documents as all 3 of companies as having Board Members and ran by the members. He listed me as a Manager. He uploaded it without telling me. I found out days later when I went to look at a house to rent, and the Realtor woman and I were discussing my companies. She looked me up on her cell phone online at the Colorado Secretary of State, while we were talking. She yelled, "Here you are!" She recited my information and showed me her phone. I was mortified and mad that I didn't know and found out about it this way. But most importantly, because she read outloud that I had a Board. She said if I was ever looking for Board members to consider her. I was so dumbfounded and mad. I immediately called Andrew and went to his office. I sent to him emails, made a personal visit, and left messages for him to correct this and to contact me asap. He called me to tell me he was not doing a thing. He said, I submitted what I submitted.

I reached out to Ann Jorgensen, Managering Partner for Jorgensen, Brownell & Pepin. After a couple of days, she called me. I explained our meeting, our agreement and what he had uploaded to the Colorado Secretary of State. I told her he refused to correct this. I own my companies. I'm the Owner/CEO-SOLE-Member-Manager. I told her I had reached out to KROGER PASS New Vendor Supplier and others and I need this information to be correct. That's what I paid for. She asked me what I wanted. I told her the woman at the Colorado Secretary of State told me she could not erase each entry made under my company's name. She said it would get lost in all of

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

the entries and could pose a red flag for some companies. I told Ann this. She agreed to give me back my full retainer and dissolve all 3 companies. I asked her to have my information shredded I submitted to Andrew. She told me Andrew would call me to confirm he has completed everything she and I talked about. She said once I approved, he would also cut me a retainer check. He would call me to pick it up. This is why Ann Jorgensen said she would have him approve his action with me before he published, and uploaded to the Colorado Secretary of State. Andrew changed, updated after checking with me and cut me a check for my retainer I paid, approximately 2 days later.

It later did with SAM.GOV and with KROGER PASS NEW VENDOR SUPPLIER. Canvas Credit Union used their entry to close my business account and send that WRONG information to their FRAUD Department when the current, actual information was one line below that entry. All 3 companies could see on the next line I resubmitted and registered my companies APRIL 24, 2025. Andrew Benefiel, ESQ. gave SAM.GOV; KROGER PASS NEW VENDOR SUPPLIER; and Canvas Credit Union a reason to deny or to defer my applications with their companies. **Andrew Benefiel, ESQ; Jorgensen, Brownell & Pepin  caused my credibility and reputation to be hindered.** I had to explain Andrew's entries and my resubmission 2 months later. **I was unable to move forward with all 3 companies**. Damages. Torts.

**Denver International Airport**

Tuesday, May 13th, 2025 by video phone chat, and Wednesday, May 14, 2025 in person at her office location in Fort Collins, Colorado, Carolyn Terrell, former U. S. SBA and I met. Her office is located in the SIS Computer Systems Business Office. She has an office space within this IT company's office space.

I met with Carolyn Terrell, former U. S. SBA staffer/employee and Larimer County Small Business Development Center employee.

Carolyn Terrell is a paid employee/Consultant for Small Business Development Center (SBDC), referred to me by both Zachary Bergman, VA Vocational Rehab for the VA, and Holly Hartmen, Director of Larimer County Small Business Development Center, during their Veterans Business Seminar April 3, 2025. I will address Carolyn Terrell's actions under the entry for U.S. SBA and U.S. SBA Advocacy later in this Complaint. Carolyn told me about the Denver International Airport "Meet the Buyers" Seminar for new business to have their products presented to the Buyers so they can be placed in the stores and Restaurants in airports nationally if not globally; in the vending machines in all the airports; on the airplanes for food and beverages; and possibly have a Kiosk or open a General Store in the airport to sell their products. This event placed you in front of the Buyers, Denver DIA Administration/Staff/ and employees; the Denver Certification Department that's a pre-curser mandatory action needed to obtain a contract with any of the Buyers; and their affiliates to do business with. *This was happening in 7 days,* May 21, 2025 at the Denver International Airport at the Hotel.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

I immediately registered. I scraped up money to have Restore & Evolve, LLC and ABSALON, LLC's Capabilities Statements professionally designed and printed by a seasoned Graphic Designer who did an excellent job squeezing me in to complete my order and printing 100 copies, back to back of each Capabilities Statement along with my professional quality 100 business cards. I was so impressed she captured my vision so easily in just a few days.

Along with meeting the Buyers, and some staff presenters at this seminar, here is where I learned I had to be Certified by Denver International Airport, Denver Economic Development & Opportunity Small Business Disadvantage Department before I could negotiate any contracts with the Buyers I had just met.  It was a requirement.

June 12, 2025, I attended the Denver International Airport Small Business Workshop. I again met Rafael Borjas, Manager, Josh Ortega, Certification Analyst, and Cindy Connolly, Certification Specialist. I had all of my documents with me. After the Seminar and Presentation Josh Ortega and I went into the conference room next to the seminar room and he uploaded, separated entered my demographics and my company's demographic into their Application Database.  We spent about an hour after the seminar uploading, separating saved company files I had on my flash drive, the needed documents for the application process.  Together Josh and I completed most of the application for all three companies.  He even placed the needed documents in file folders on my desktop of my computer so all I had to do was open the file and upload the information in the separate areas.  I did most of the application before I came to the seminar. He corrected and filled in most of the information for all 3 companies after the seminar.  I completed

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

the rest. I stood at 97% application completed for 2 months, while I tried to gather the $200 one - time fee requirement each for all 3 companies.

Wednesday, July 30, 2025, Christa Menning, Supervisor for the Larimer County WIOA Office agreed to pay $200 fee via the WIOA Office funds, on my behalf for ABSALON, LCC, and I paid the $200 fee for Restore & Evolve, LLC.  It took me 2 months to scrap these funds together and convince the WIOA dept that these certifications were detrimental to my companies' and my success through WIOA, since they were/are paying for me to attend Cornell University Online Medicinal Plants Certification; Food Plant Manufacturing Certification, and Market Strategies Certification at Cornell University online.  We paid $400 for both certifications.

Cindy Connolly and I spoke on the phone and she emailed me and stated the tax information Josh approved and he said were in order June 12th, 2025, Cindy said was not.  I needed to provide Wage Statements, Actual tax returns I submitted to and filed with the IRS.  My company's 940 and 944 forms I actually submitted and filed to the IRS and personal transcripts, and all Schedules I have submitted and filed with the IRS. This information I had already submitted and uploaded with Josh June 12, 2025.  Cindy stated, I needed to submit a list of employers I worked for, for the last 5 years. This was MORE than what was required for the application certification process. I haven't had a contract yet, nor sold any product yet , because I have not been funded yet.  I've been using my own money to fund all 3 of my companies, trying to get a contract while being stalked and hindered by the above defendants. **So, all of my IRS show $0.00 Income.  $0.00 wages and taxable wages, because I haven't received a contract**

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

**yet and I'm unable to attain funding by any financial institution because of the derogatory information in all federal data bases regarding me from March 19, 2020 – May 1, 2020, and what the U. S. SBA uploaded into their data bases.**

Denver International Airport Buyer's I met was going to be my first contract for ABSALON, LLC and Restore & Evolve, LLC. I told Cindy, Josh and Rafael this in the beginning. They all said no problem, as long as I have been in business for over 6 months, I will be okay.

June 3, 2025, I went to Cheyenne, Wyoming IRS office to get copies of my personal taxes and my company's tax filing.

I attended the Denver International Airport Certification seminar June 12th. I filled out the application for all 3 companies. Somehow, everything I submitted was deleted. So after the seminar Josh and I reapplied and he looked over my taxes documents, and we separate by files for each company what I needed to upload. I did exactly what Josh Stated. Josh is a Certification Analyst so he is the approving authority. It took me until July 30, 2025 to get $400 to pay for both ABSALON, LLC and Restore & Evolve, LLC. My hatchery I placed on hold until I could get the other $200 together.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

July 30, 2025, I submitted both applications with the help of Christa Manning, Supervisor, Larimer County WIOA Program because the county paid for me under the WIOA Program, one certification and I paid for the other.

July 31, 2025, Cindy Connelly, DENVER DIA Certification Specialist denied my applications. The tax information that Josh Approved, Cindy denied.

July 31, 2025, I drove to the IRS in Cheyenne, Wyoming. They were accepting walk-ins and there was no wait compared to the Denver, Colorado office where mandatory appointment were available until end of August early September 2025. I walked in. They printed 10 years, of my Personal Transcripts, a list of employers for each year, My Schedules filed, my business taxes for the last 5 years which showed $0.00 as before, all schedule information for them.  Everything she requested the IRS made copies for me and handed them to me.  I couldn't get into the online application portal, so from the Larimer County Public Library, I scanned approximately 220 pages of IRS, Denver Airport Certification Eligibility form to Josh, Cindy, and Rafael's email for them to upload which they can do, since I didn't have access to my application according to both Josh and Rafael Borjas.

Then Sunday, August 30, 2025, I uploaded the Denver DIA Certification Eligibility form, My Denver DIA Personal Net Worth form, for both ABSALON, LLC and Restore & Evolve, LLC. So, this completed everything Cindy stated I needed to complete my application.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

Monday, I confirmed by email all my submissions over the weekend and asked if they needed anything else, please let me know.

Tuesday, August 5, 2025, I get an email from Cindy stating that I needed to upload all of the information myself, that they can't do this which is a lie. During the June 12th, 2025 Seminar, Rafael Borjas Manager stated they could upload any documents just check the box in the beginning of the application to give them access to my applications. I open my application for Restore & Evolve, LLC, and all of my information that Josh and I completed June 12th, 2025 was gone. The old outdated information from when I lived in Sandusky, Ohio and applied with a community agency there for certification information was there. Only my name, my old Sandusky, Ohio address, my old Ohio phone number. No current information Josh and I spent almost an hour completing, June 12th, 2025. No EIN Numbers. No NACIS Code numbers. Just 4 lines of old information on a form with over 30 needed entries.

ABSALON, LLC certification had been duplicated in their system and it too was empty.

Then on the summary page for the application it had all green arrows for my uploaded documents, and all that was needed for me to sign (type my name) and submit my application. So, this would have afforded SOMEONE else to receive my $200 PAID fee for ABSALON,LLC; my $200 PAID fee for Restore & Evolve, LLC, under my credential, my taxes, my paperwork, on an application that does not have my information or my company's

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**



correct information on it, WHICH IS IMPOSSIBLE, Because their application online process would NORMALLY state incomplete because the first pages for the owner and company demographic were not complete.  But my application said 100% complete, sign and submit.

Then Wednesday, August 6, 2025, Cindy Connolly calls to tell me the email I sent to her with screenshots of my incomplete and incorrect demographic personal and business information on it with blank lines visible were now showing a completed application, but she, Josh, nor Rafael updated the information.  So, when I viewed my application yesterday there were 4 lines completed with wrong information of the 30 plus entries on this application that I screenshot and attached to the email and sent to Cindy, Josh Ortega and Rafael Barjas.  Cindy said there a "glitch" in the system and miraculously all of the information Josh and I completed June 12th has miraculously reappeared on the application.  I told her to submit it for certification, then.  She made up every reason why she couldn't submit it.  When Rafael and Josh told me at both seminars in May 21st, and June 12th for me to check the box and they will have access, as do Cindy, to my application, and they can upload anything for me to complete the application process.  ESPECIALLY since the $400 has been paid for both ABSALON, LLC and Restore & Evolve, LLC.  Cindy declined to submit my application.  Cindy also declined to give me her supervisor Elley Baker her contact information.  I told her to make sure on the email she was sending me to copy Josh and Rafael by email so no one could say they didn't have knowledge of this conversation.

Cindy said, my application personal and business demographics and information being erased and the old information popping back up there filling only 4 lines out of the 30 entries, was a "Glitch".

I have to do everything over and over again, because again, I'm marked thanks to the U. S. Department of Justice Civil Rights Division as a target for all criminals to use my credentials and my businesses for their gain.

I asked Cindy for her supervisor's phone number, Elly Baker. She didn't know her phone number. She only had her email address. The sarcasm. This is what I have to deal with, with everything I do for myself and my companies. The Hatred is real. Stopping my livelihood is real. Not Processing my application and discriminating against me is real. Requiring me to present more than what is required to complete the application is real. This is mental cruelty, and Discrimination. Constitutional and Civil Rights violations, this is criminal. This is stopping me from meeting the requirements to obtain a contract with the Buyers which is stopping me from putting food on the table. This is my right to work and to own a profitable business. This is the hatred, sarcasm, the blockage I receive with every time I try to complete anything regarding my companies, my education, anything I do.

So, Denver DIA Disadvantaged Certifying dept of their Economic Development & Opportunity, through their IT Dept. manipulated my application configuration, so I could submit my

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

credential, my 10 yr taxes/ Wage Statements on who I worked for/Transcripts of all my personal and business taxes for 10 yrs (only 5 year are required), my Personal Net Worth Statement, My letter statements of how I'm disadvantaged, their required forms of Eligibility and other forms they require, into their system thinking I was completing my application for ABSALON, LLC and Restore & Evolve, LLC, when they had configured the meat of application to accompany and complete someone else's under my name, using my credentials, that I submitted and paid and had paid for $400 ($200 each) for ABSALON, LLC and Restore & Evolve, LLC.

There were well over 75 people at that meeting May 21, 2025 and roughly 10 at the Certification Workshop Seminar. I haven't heard of anyone else going through this. All other applications seem to be streamlined through.

Denver DIA Certification depts and employees would not have even considered doing this if the people I'm being stalked by saw the U. S. Dept of Justice Civil Rights Division had correctly handled my case in Birmingham, Alabama and arrested and charged each police officer for their felonious criminal actions and their affiliates against me, instead of just firing them, giving them the opportunity to get another state, federal or county job.  Follow me from state to state. Allowing them to stalk and rob me.  Allowing them to put in federal data bases derogatory false information about me in a retaliatory manner. *If they would have prosecuted them criminally for the felonious acts of kidnapping, human trafficking, attempted murder, and the rest back in May and June 2020, AND REVERSED ALL ACTIONS AGAINST ME AND WHAT WAS DONE TO ME,* and even had them pay some kind of DAMAGES, retrobution or TORT, that

Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division

would have sent a strong message and my life today would be so much more different, because the same principalities that protect this courtroom's officers, judges and employees and every other citizen, would also had protected me. Their negligence opened the door for me to be a CONTINUAL TARGET from all the aforementioned federal, state, county, law enforcement and thieves, and human traffickers that's manipulating everything I have done and everything I do because THEY GOT OFF EASY with only being fired from their jobs without prosecution.

They ruined my creditability and reputation and its being continued from 2020 to today by the listed defendants.

The reason I included Denver DIA in this complaint and not as a defendants, is because there should be check points and monitoring systems in place to protect businesses and their personal reputation as well as their business reputation from thieves within and without their establishment, when they try to apply for certifications at the Airport since it is a mandatory requirement to do business with the Buyers at the airport which opens the doors for all the other airports in the world. The Buyers also place products in most all of the airports nationally, so 1 contract would net my products to possibility be in EVERY airport in the United States. This is drastically affecting my livelihood.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

### U. S. SMALL BUSINESS ADMINISTRATION (U. S. SBA)

September 3, 2019, in Birmingham, Alabama, the U. S. SBA Office and their employees: Roderick Perkins, Financial Analyst; Tom Todt, Director; Assistant Director of SBA along with Mark _____, Director of S.C.O.R.E., and Case Manager _____.

I do understand that the statutes of limitation may be in question here, but if their actions then, unbeknownst to me have also affected me these last 6 years, when I just thought it was bizarre and strange, then it is very much relevant today. I can't prosecute something I don't know is existing or has happened. I never thought people were so low-down or deceitful especially working for the government. Until I have sound knowledge that an event has occurred and their intentional falsification into the U. S. SBA data base is made known to me since I don't work for the U. S. SBA or do not have access to their data bases like the banks I have applied for funding are, I can't be held accountable for time past. The clock should start ticking when I have knowledge that this derogatory information had been placed in ALL federal, state, and county data bases. FOIA for the U. S. Department of Energy and the OIG didn't give me the FOIA information and data bases information I requested. I just thought it was strange in 8 states, that I have lived in, in the past 5 years, that EVERY lending institution I've applied too denied me any type of business or personal loan, signature loans, and microloans. Including KIVA who approve loans for criminal who's just released for jail, or people with felonious backgrounds who has or wants to start a company after they are released.



Including ALTCAP Funding in Kansas City, Missouri, who told me verbally and sent me an email saying my loan was denied, but on my credit history it showed and stated November 2024, I was approved for a $2450 loan, which I never received nor knew was approved. The Kansas City Police department would not even complete a police report and Representative Emmanuel Cleaver's Office would not even look into. Representative Cleaver's office "supports veterans in all matters – business or personal", after I showed them my email denial letter and my Equifax credit History showing this loan in my name that I never received. Their constituents aids just repeated the rhetoric that "We handle ALL veteran's concerns with other federal agencies/cases", except matters or concerns I have with theft, Identity theft, collusion with the U. S. SBA Office, my Civil and Constitutional rights being violated and others.

I'm a target. I always have to work harder then everyone else for the same things, because of the retaliatory action of the Birmingham Police departments and their affiliates and the U. S. Dept of Justice Civil Rights Division Gross Negligence of not reversing their retaliatory actions but PUBLISHED them in EVERY Federal, State, City and County data bases defaming me and stopping if not altering my livelihood, at every turn.

So, the Defamatory, collusion, malicious prosecution and criminalizing me in federal data bases, the hatred expressed regarding me in federal data bases is real. I didn't realize it until November 6, 2024 when the Sheriff Deputy in Clay County, took my fingerprints and changed my Country of Origin from U.S.A. Cincinnati, Ohio to the country of Hungary and told me to go to the immigration department to get it changed day after President Donald Trump won the presidential

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

election and gave ICE full authority to start arresting and deporting people. That she, the Clay County Sheriff Deputy, didn't know who had made this entry. At that time, I didn't know she or her colleagues were the ones who did this on October 21, 2024, when I turned in my CCW Permit form and completed my fingerprinting for the license.

These people are what society, Courts and the government swore in and calls the "Pillars of the Community", by their title, their position, they're credible.

But in this case, I will prove the hate-filled collaboration to steal my identity. Steal my companies. Steal my livelihood. Steal my reputation. Steal my hard- earned credentials and education, but hold me responsible for the cost and the hard work to attain them.

I have included as part of this Complaint emails and supporting documents from each defendant to prove all my allegations in this case. These documents are PART of this Complaint and not to be considered exhibits or attachments. They are PART of my Complaint. I have listed the below in order of their appearance.

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

**CONCLUSION and Requests for TORTS and DAMAGES**

In conclusion, I ask this U. S. District Court for the following:

*Criminal Charges* for the defendants for the allegations I have listed on page 1 of this Complaint and throughout this entire Complaint.

*Compensatory Damages* in the amount of $100 million dollars each occurrence for each agency for their employee's conspiring, collusion, felonious actions, and their repetitive actions in further libelous, defamatory, and all others listed in this Complaint, hate-filled action uploading false information into federal, state, and county data bases.

*Punitive Damages* in the amount of $100 million dollars each agency for their employee's conspiring, collusion, felonious actions, and their repetitive actions in further libelous, defamatory, and all others listed in this Complaint, hate-filled action uploading false information into federal, state, and county data bases.

*Tort Damages* in the amount of $100 million dollars each agency for their employee's conspiring, collusion, felonious actions, and their repetitive actions in further libelous, defamatory, and all others listed in this Complaint, hate-filled action uploading false information into federal, state, and county data bases.

*Economic Damages* in the amount of $100 million dollars each agency for their employee's conspiring, collusion, felonious actions, and their repetitive actions in further libelous, defamatory, and all others listed in this Complaint, hate-filled action uploading false information into federal, state, and county data bases.

*Non-Economic Damages* in the amount of $100 million dollars each agency for their employee's conspiring, collusion, felonious actions, and their repetitive actions in further

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

libelous, defamatory, and all others listed in this Complaint, hate-filled action uploading false information into federal, state, and county data bases.

*Monetary Damages* in the amount of $100 million dollars each agency for their employee's conspiring, collusion, felonious actions, and their repetitive actions in further libelous, defamatory, and all others listed in this Complaint,  hate-filled action uploading false information into federal, state, and county data bases.

*Strict Damages* in the amount of $100 million dollars each agency for their employee's conspiring, collusion, felonious actions, and their repetitive actions in further libelous, defamatory, and all others listed in this Complaint, hate-filled action uploading false information into federal, state, and county data bases.

18 U. S. Code section 3071 – Information for which rewards authorized (b)(1)(2)(3): 7

"…with respect to acts of espionage involving or directed at the United States, the  Attorney general may reward any individual who furnishes information:

(1) Leading to the arrest, or conviction in any country, of any individual or individuals for commission of an act of espionage against the United states;

(2) Leading to the arrest or conviction in any country, of any individual or individuals for conspiracy, or attempting to commit an act of espionage against the United States, or

(3) Leading to the prevention or frustration of an Act of espionage against the United States.

**(Cornell Law School/Law.cornell.edu/us)**

**For the defendants to use their government or law enforcement position to lie, and continue to steal my credentials, falsify federal, state, county and medical records to gain access to my life or my companies, is an abusive of their power and an act against**

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

the office they were sworn in to protect. This is an act of treason or against the United States, because their actions opened the door under my Constitutional and Civil Rights to sue the United States government for their actions. So this is an abuse and a crime against the United States.

I ask this U. S. District court for this high monetary amount because, the defendants are High Ranking Employees in their government offices, their federal agencies and Companies, and they were sworn-in, elected, or hired to know better. To be pillars of the community. Their title alone in their perspective governmental agencies speaks authority, integrity, trust, and equal justice.

They are held credible solely by their Titles. By their titles they are considered, "Pillars of the Community", whose words and actions are supposed to be indisputable because of the government offices they hold. They have been given a level of credibility just by working in the position they have.

They are liars, they have committed felonious hate-filled retaliatory acts and have colluded with the other defendants to cover their tracks. They all knew better.

I have suffered tremendously. Physically being hurt in Alabama by the Birmingham Police dept and their affiliates. I was chemically assaulted and altered because of this hate-filled

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

collaboration among the defendants, and it just keeps building no matter when I move too to start over with my life and companies.

I have been severely injured, altered, physically, and mentally by the Gross Neglect from the U. S. Department of Justice Civil Rights Division's negligence and cover up iin support of the previous government offices, and now I'm still today being attacked in federal data bases and by opportunistic employees who see that they government got away with doing this previously, they can get rich off me as well.

I was/am mentally mortified, devastated and humiliated by their cruelty, felonious actions and behavior exploiting my 9-year combined U. S. Army/ Army National Guard and Army Reserve Military/Medical and Administrative records openly being available all over the State of Colorado and nationwide by VSO Officers and their staff regarding my HIPAA Rights and Privacy Rights.

My military medical records that had been partially combined with another black Marine female Officer with tremendous military accolades prior to her debilitating mental psychosis of being assaulted and raped by her own military chain of command during her service in Iraq, back in 2017 at VA Regional Medical Center, Palo Alto, California.  I threatened to sue VA then to reverse and remove her information out of my medical records that Christina Savage, Case

Manager purposefully merged into my medical files.  Mona Bozzi, ESQ for VA removed them out of my files.  I'm always a target and always under attack.

I have suffered severely economically, missing contractual opportunities for my 3 companies.  A contract with KROGER in April 2025 would have set me apart and opened many other doors for me with other grocery chains in the world, and with military contracts.  These events have affected my credibility and my company's creditbility.

I could have improved the economy here in Colorado for so many people by employing good paying jobs and benefits.

I've missed part-time job opportunities to support me until I'm funded for my 3 companies, because I'm having to deal with the hate crimes coming against me in the community stating I sold my companies and trying to steal them back rumors.

The families I could have blessed working for me improving Colorado's and the other 8 states I moved from, economical U. S. Department of Labor and Employment stats.

The impact on the medical fields and Oncology patients' lives I could have changed these last 5 years while in business here in the United States and Globally, because I planned on exporting my products to other countries.  I could have contributed to their economy in some way.

All the persons and organizations who could have benefitted from receiving my paid tithes and offering to help them in their life's journey, since I'm not presently registered in a church.  I give my tithes to the homeless.  I've been there and experienced that. They remind me of how to efficiently manage my money so I won't be back in that boat again. They are a silent ministry to me.

I ask this court to have the defendants pay ALL court costs, attorney fees and all court fees in this case.

I also ask this court to please grant me an attorney to help me with this case.  I'm struggling financially to pay my bills.  I receive SNAP Benefits, but I don't know how much longer that will be available with the Government Shut-down happening right now.

I ask that you consider how my 3 companies would have made a great contribution to this state of Colorado's economy, and to the world as a whole.  Please consider the  bases for all of these hate crimes originated from criminals who work for the government who saw I had/have 3

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

billion dollar industry companies that's unique to the world that will change and heal people's lives who enjoy, eat, drink and use my Natural, Organic, Wealth of Health and healing products that will changes lives.

I ask this court to please consider all of the hate I've already been through at the hand of all the defendants listed.  A lessor person might have had a mental breakdown or even become overwhelmed and committed suicide.  The GOD in me is stronger than that.  I have too much to accomplish in this world at 60 years old, my birthday just passing October 26th, 2025.

This is 5 years I'll never get back, I ask you to please consider this.

*To Please appoint an Attorney to assist me with this case.*

*To Please have the U. S. Marshalls serve each defendant on my behalf and allow the court to approve copies of this Compliant made by the clerks to accompany the Court Approved Summons that the U. S. Marshalls will be delivering. Please.*

*I also ask that this court consider and approve my Waiver for Fees, My IFP application.  I make approximately $950 a month working Uber Eats part-time.  I'm working for myself full-time trying to meet Buyers for wholesale and grocery chains trying to  secure a contract before*

*this year, 2025, is out. I'm hoping Publix Grocery chain and several other fortune 500 companies agree to a contract that I will be pitching my companies too November 3, 2025 via my Veteran's NATIONAL Certifying agency – NaVOBA, has arranged for their certified Veteran owned business affiliates. I'm also a student at Cornell University with no financial aid. Please consider and allow this.*

**Submitting this Complaint to this U.S. District Court of Colorado on this 4th day of November, 2025.**

*S.A.W.*

Sherry Ann Wiley, Owner/CEO-Sole Member- Manager for:

**ABSALON, LLC** (Missouri 2024)

**RESTORE & EVOLVE, LLC** (Arkansas 2021)

**S.A. WILEY SUSTAINABLE FRESH FARMED FISH HATCHERY, LLC** (Alabama 2020)

**Colorado Commissioned Notary Public** (2/2025 - 2/2029)

4412 Mountain Lion Drive

Unit #204

Loveland, Colorado. 80537

970-646-5061

sawiley123@gmail.com

https://mycredentials.ecornell.cornell.edu/credential/XWYnggbUHE

https://www.linkedin.com/in/sherry-ann-wiley-a0a18733a/

*S.A.W.*





**ABSALON, LLC**

**Hair Growth Conditioner - Wholly Organic**

**Botanicals, Herbals, and my Proprietary Blend**

**NaVOBA NATIONAL Veteran Owned Business Association Certified (10/2025)**

**Minority/Women Business Enterprise (MWBE) Certification (Colorado 10/2025)**

**Small Business Enterprise Concessionaire (SBEC) Certification (Colorado 10/2025)**

Small Business Enterprise (SBE) Certification (Colorado - 10/2025)

Emerging Business Enterprise (EBE) Certification (Colorado - 10/2025)

Disadvantaged Business Enterprise (DBE) pursuant to the US Department of Transportation (USDOT) Code of Federal Regulation (CFR) Title 49 Part 26 (Colorado - 10/2025)

Airport Concessionaire Disadvantaged Business Enterprise (ACDBE) Certification, Pursuant to 49 CFR Part 23 of the U.S. Department of Transportation's Regulations (09/2025)

Colorado Proud Certified (May 2025)

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

**CERTIFICATE OF MAILING**

BY HAND DELIVERY TO THIS COURT ON NOVEMBER 4th, 2025 awaiting and pending the

IFP approval of Waivers to move forward, and pending the approval of Summons and Service to

be made by the U. S. Marshalls to all of the defendants on my IFP Waiver is decided on.

Sherry Ann Wiley, Owner/CEO-Sole Member- Manager for:

**ABSALON, LLC** (Missouri 2024)

**RESTORE & EVOLVE, LLC** (Arkansas 2021)

**S.A. WILEY SUSTAINABLE FRESH FARMED FISH HATCHERY, LLC** (Alabama 2020)

**Colorado Commissioned Notary Public** (2/2025 - 2/2029)

4412 Mountain Lion Drive

Unit #204

Loveland, Colorado. 80537

970-646-5061

sawiley123@gmail.com

https://mycredentials.ecornell.cornell.edu/credential/XWYnggbUHE

https://www.linkedin.com/in/sherry-ann-wiley-a0a18733a/





ABSALON, LLC

Hair Growth Conditioner - Wholly Organic

Botanicals, Herbals, and my Proprietary Blend

NaVOBA NATIONAL Veteran Owned Business Association Certified (10/2025)

Minority/Women Business Enterprise (MWBE) Certification (Colorado 10/2025)

Small Business Enterprise Concessionaire (SBEC) Certification (Colorado 10/2025)

Small Business Enterprise (SBE) Certification (Colorado - 10/2025)

Emerging Business Enterprise (EBE) Certification (Colorado - 10/2025)

Disadvantaged Business Enterprise (DBE) pursuant to the US Department of Transportation (USDOT) Code of Federal Regulation (CFR) Title 49 Part 26 (Colorado - 10/2025)

Airport Concessionaire Disadvantaged Business Enterprise (ACDBE) Certification, Pursuant to 49 CFR Part 23 of the U.S. Department of Transportation's Regulations (09/2025)

Colorado Proud Certified (May 2025)

## INDEX OF CONTENTS

| Entry | date | Agency | Title of Document | Page No.'s | Comments |
|---|---|---|---|---|---|
| 1 | December 09, 2021 | Dept. of Energy Washington D.C. | FOIA/Privacy Act Request HQ-2021-00957-F | 146 - 148 | Case #21-0228-C; Anthony Cruz |
| 2 | January 7, 2022 | Dept of Energy Gold Field Office | Determination Letter/FOIA...#HQ-2021-00957-F | 149 - 151 | Derek Passarelli |
| 3 | November 14, 2024 | Congress of the United States House of Representative – Sam Graves, 6th District, Missouri | Letter to U.S. FBI Congressional Liaison regarding: Sherry Ann Wiley's – Changed Citizenship originator | 152 | Congressman Sam Graves (for Matt Vocke) |
| 4 | November 29, 2024 | U. S. Dept. of Justice Federal Bureau of Investigations | Criminal Justice Information Services (CJIS) re: Sherry Ann Wiley | 153 - 157 | PARTIAL SUBMISSION: U.S. Dept. of Justice-FBI-CJIS Report notations |
| 5 | -- | U. S. SBA Washington D.C. | Antonio Doss, Director of U.S. SBA | 158 | notations |
|  | -- | U. S. SBA Washington D.C. | Nick Rajpara | 159 | notations |
|  | May 20, 2025 | U. S. Dept. of Justice - FBI | Chris Ormerod, Senior Chief | 160 - 165 | PARTIAL SUBMISSION: Sherry Ann Wiley's UPDATED FBI IdHS & CJIS |
|  | current | Sherry Ann Wiley's Work CV/Resume' | Sherry Ann Wiley | 166 - 170 | N/A |

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

| | | | | |
|---|---|---|---|---|
| current | Sherry Ann Wiley's Educational CV | Sherry Ann Wiley | 171 - 172 | N/A |
| Current | Restore & Evolve, LLC and ABSALON, LLC | Intro./Wholesale Price Letter | 173 - 175 | N/A |
| Current | Restore & Evolve, LLC | "Capability Statement" | 176 | N/A |
| Current | ABSALON, LLC | "Capability Statement" | 177 | N/A— |
| October 06, 2025 | NaVOBA National Veteran Certification | ABSALON, LLC NATIONAL Certification | 178 | Cert. #202500335V |
| October 06, 2025 | NaVOBA National Veteran Certification | Restore & Evolve, LLC NATIONAL Certification | 179 | Cert. #202500336V |
| October 02, 2025 | Denver Economic Development & Opportunity | Small Business Enterprise Certification (SBE) | 180 - 181 | Certification – Restore & Evolve, LLC |
| October 02, 2025 | Denver Economic Development & Opportunity | Emerging Business Enterprise (EBE) | 182 - 183 | Certification – Restore & Evolve, LLC |
| October 02, 2025 | Denver Economic Development & Opportunity | Minority/ Women Business Enterprise (MWBE) | 184 - 185 | Certification – Restore & Evolve, LLC |
| October 02, 2025 | Denver Economic Development & Opportunity | Small Business Enterprise Concessionaire (SBEC) | 186 - 187 | Certification – Restore & Evolve, LLC |
| October 02, 2025 | Denver Economic Development & Opportunity | Disadvantage Business Enterprise (DBE) | 188 - 189 | Certification – Restore & Evolve, LLC |

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

S.A.W.

| September 24, 2025 | Denver International Airport | Airport Concessionaire Disadvantaged Business Enterprise (ACDBE) | 190 | Certification – Restore & Evolve, LLC |
|---|---|---|---|---|
| September 24, 2025 | Denver International Airport | Airport Concessionaire Disadvantaged Business Enterprise (ACDBE) | 191 | Certification – ABSALON, LLC |
| October 02, 2025 | Denver International Airport | Minority Women Business Enterprise (MWBE) | 192 - 193 | Certification – ABSALON, LLC |
| October 02, 2025 | Denver International Airport | Emerging Business Enterprise (EBE) | 194 - 195 | Certification – ABSALON, LLC |
| October 02, 2025 | Denver International Airport | Small Business Enterprise Concessionaire (SBEC) | 196 - 197 | Certification – ABSALON, LLC |
| October 02, 2025 | Denver International Airport | Disadvantaged Business Enterprise (DBE) | 198 - 199 | Certification – ABSALON, LLC |
| October 02, 2025 | Denver International Airport | Small Business Enterprise (SBE) | 200 - 201 | Certification – ABSALON, LLC |
| November 12, 2024 | U. S. SBA Missouri | Email communication – Israel Alvarado and Sherry Ann Wiley | 202 - 205 | Re: Anti-Trust, discrimination, and Theft |

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

| December 12, 13,14, 2024 | U. S. SBA Missouri and ALTCAP | Re: Anti-Trust, discrimination, and Theft | 206 - 209 | Re: Anti-Trust, discrimination, and Theft |
|---|---|---|---|---|
| December 14, 2024 | ALTCAP | Re: Anti-Trust, discrimination, and Theft | 210 | Re: Anti-Trust, discrimination, and Theft |
| May 09, 2025 | U. S. SBA Advocacy Chip Bishop's Office | Emails to Chip Bishop; | 211 - 213 | Asking for assistance |
| May 09, 2025 | U. S. SBA Advocacy Chip Bishop's Office; Jennifer Smith & Trent Staggs | Emails | 214 - 217 | Asking for Assistance |
| May 09, 2025 | U. S. SBA Advocacy Chip Bishop's Office; Shanerika Flemings | Emails | 218 - 220 | Asking for Assistance |
| May 09, 2025 | U. S. SBA Advocacy Chip Bishop's Office; Linwood Rayford | Emails | 221 - 223 | Asking for Assistance |
| May 09, 2025 | U. S. SBA Advocacy Chip Bishop's Office; Stephanie Fekete | Email | 224 - 226 | Asking for Assistance |
| May 09, 2025 | U. S. SBA Advocacy Chip Bishop's Office; Janis Reyes | Email | 227 - 229 | Asking for Assistance |
| May 09, 2025 | U. S. SBA Advocacy Chip | Email | 230 - 232 | Asking for Assistance |

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

| | | | | |
|---|---|---|---|---|
| | Bishop's Office; Jennifer Smith | | | |
| May 09, 2025 | U. S. SBA Advocacy Chip Bishop's Office; David Mullis | Emails | 233 - 235 | Asking for Assistance |
| May 09, 2025 | U. S. SBA Advocacy Chip Bishop's Office; Will Purcell | Email | 236 - 238 | Asking for Assistance |
| May 09, 2025 | U. S. SBA Advocacy Chip Bishop's Office; Major Clark | Email | 239 - 241 | Asking for Assistance |
| June 2, 2025 | Larimer County SBDC Terri Donovan-Keirns; Carolyn Terrell; Joe Whitcomb, ESQ; & Mark Burke, Workforce; | Email | 242 - 246 | N/A |
| Online | Colorado Office of Economic Development & International Trade (OEDIT); Carolyn Terrell | Bio | 247 - 249 | N/A |
| Current | Larimer SBDC | Administrative Team: Hope Hartman; Terri Donovan-Keirns; Becky Douthit | 250 | N/A |
| June 18, 2025 | Colorado U. S. SBA Advocacy – Trent Staggs | Emails | 251 - 254 | Asking for Assistance |

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

| | | | | |
|---|---|---|---|---|
| September 03, 2019 | U. S. SBA Birmingham Office Administration; L.D. Ralph; Tom Todt, and Roderick Perkins | Bio | 255 - 258 | Bio |
| April 16th/April 30th/May 27th, 2025 | Colorado Attorney General Phil Weiser Office | Complaint Submission | 259 - 264 | N/A |
| April 01, 2025 | Federal Trade Commission Report Fraud | FTC Complaint | 265 - 268 | N/A |
| October 15, 2025 | 1st DA Office of Colorado | Email | 269 - 271 | N/A |
| August 17, 2025 | SAM.GOV | Multiple Company Administrator Notarized Letter | 272 - 277 | On Restore & Evolve, LLC Letterhead for all 3 Companies |
| August 17, 2025 | FSD.GOV | Entity Dissolved or Out of Business Reference# | 278 - 330 | N/A |
| April – June 2025 | Sherry Ann Wiley's Email Log showing SAM.GOV & Login.gov | Email Log | 331 - 345 | N/A |
| June 20, 2025 | SAM.GOV | Letter for me to update my information AGAIN | 346 - 362 | N/A |
| January 25, 2025 | Jorgensen, Brownell & Pepin Retainer Fee Agreement & Documents | Emails | 363 - 461 | N/A |
| June 2025 | Donya Khoshnam, | Pic | 462 - 471 | N/A |

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

S.A.W.

| | | | | |
|---|---|---|---|---|
| | Huntington Bank Branch Manager, David Fox District Manager & Sherry A. Wiley | | | |
| October 9, 2025 | Huntington Bank Business Loan – Nick Roark | Email | 472 - 486 | Loan documents & emails |
| June 17, 2025 | Huntington National Bank Samuel Wright, Director Lift Local Loan; Chritine Carbajal, Mgr | Email | 487 - 493 | Emails |
| September 17, 2025 | Huntington National Bank Justin McAlpin Branch Mgr; Nick Roark | Email | 494 - 542 | Emails |
| July 8, 2025 | Huntington Bank Donya Khoshnam & Sherry Ann Wiley | Email | 543 - 548 | Emails |
| June 16, 2025 | Canvas Credit Union Deposits to open ALL 3 business accounts | Canvas Credit Union Receipt | 549 | Receipt document |
| June 17, 2025 | Canvas Credit Union | Business Agreement S. A. Wiley Sustainable Fresh Farmed Fish Hatchery, LLC | 550 - 567 | Letter closing account; Business agreement; Business ownership doc., CO sec. of State docs. |
| June 17, 2025 | Canvas Credit Union | Letter closing | 568 - 585 | Letter closing |

**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**    S.A.W.

| | | | | |
|---|---|---|---|---|
| | | Account; Business agreement; other documents Restore & Evolve, LLC | | account; Business agreement; Business ownership doc., CO sec. of State docs. |
| June 17, 2025 | Canvas Credit Union | Letter closing Account; Business agreement; other documents ABSALON, LLC | 586 - 611 | Letter closing account; Business agreement; Business ownership doc., CO sec. of State docs. |
| June 20, 2025 | Veteran Buddy System; Bryan Becze, PhD and Sherry Ann Wiley | Emails | 612 - 617 | Emails |
| August 19, 2025 | Bryan Becze, PhD; Veteran Buddy System and new Company "Alignable" invite | Emails | 618 - 619 | Email invite |
| Current | ALTCAP Business Loans | Bio of Administration | 620 | N/A |
| January 9, 2025 | Colorado State VSO Bruce Cowan; Vet Service Ofc; Larimer & Weld County | Website & emails | 621 - 643 | Emails; Paul Pappas; Bruce Cowan |
| July 02, 2025 | Colorado Representative Lauren Bobarts | Website; emails; letters | 644 - 657 | Website & letters |
| April 11, 2025 | KROGER PARTNER PASS Application Approval | Email | 658 | email |

Page **152** of **153**
**Sherry Ann Wiley vs The Dept. of Justice Civil Rights Division**

| July 8, 2023 | SAM.GOV | Email; SAM.GOV greyed out the submit button so I couldn't submit my application | 659 - 660 | Email |
| April 15, 2025 | Loveland Police Dept. | Email; Police Reports; | 661 - 675 | Police Reports; email |
| June 28, 2025 | KIVA | Emails; Letter from KIVA Headquarters in California | 676 - 683 | |
| February 4, 2025 | Larimer County District Attorney Office – Fort Collins; Drunk Driver Case 01/11/2025 | Victim Impact Statement | 684 - 690 | District Attorney Dist. 8 letter; USAA; Reports; Drunk Driver's insurance info. |
| May 22, 2025 | Joe Whitcomb, ESQ | Emails; video conversation about Carolyn Terrell not mentioned in emails | 691 - 696 | emails |

Submitting this Complaint to this U.S. District Court of Colorado on this 3rd day of 4th

November, 2025.

*Sherry Ann Wiley*

Sherry Ann Wiley, Owner/CEO-Sole Member- Manager